IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
___El Dorado___ **DIVISION**

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**JUL 1 3 2018**

DOUGLAS F. YOUNG, Clerk
By

Deputy Clerk

Delores A. Davis
(Plaintiff)
P.O. Box 10352
El Dorado, AR 71730   870-814-0734
(Your name, address, telephone number)

vs.

Civil Action No. _____
(To be supplied by clerk)

18-1041  SOH

Securitas Security Services USA
(Defendant(s))
4330 Park Terrace Drive
Westlake Village, CA 91361
(Names(s), address(es), telephone number(s)
818 - 706 - 6800

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

1. This action is brought pursuant to:

   _____ Age Discrimination in Employment Act

   _____ Americans With Disabilities Act

   __X__ Title VII of the Civil Rights Act

2. Plaintiff filed charges against the defendant(s) with the Equal Employment Opportunity Commission on __August 30__, __2017__ charging defendant(s) with acts
   (Month/Day)           (Year)

of discrimination based on (1) _____ age, (2) _____ disability, (3) __X__ race, (4) _____ color,

(5) __X__ sex, (6) _____ religion, (7) _____ national origin.   A copy of the charges filed with the

EEOC is attached to this complaint.

-12-

3. The Equal Employment Opportunity Commission issued a Determination and/or Notice of Right to Sue which was received by plaintiff on *April 19*, 20 *18*, a copy of which is attached to this complaint.

4. Defendant(s) discriminated against plaintiff by:

    (a) _____ failing to employ plaintiff,

    (b) _____ terminating plaintiff's employment,

    (c) *X* failing to promote plaintiff,

    (d) *A member of management had informed me that I would be promoted. I was already performing the job duties.*

5. The act(s) of discrimination complained of occurred on or about *February 8 - August 22* 20*17 and ongoing* Briefly describe: *I am a 49 year old Black female and I began working for Securitas Security in July, 2012 as a Logistic (Scale Guard) As of today I am still in the same position with a reduced pay structure than my coworker. I have a Masters degree in Education. As a qualified Black female, I applied for an internal posted position, but was denied nor received proper communication from human resources or my supervisor that the job was awarded to an external white male. I inquired about the posting and continued to wait for a response. I was finally told by a clerical assistant in the office that a white male from the outside would be my new boss. During my employment this is one example of how, I have suffered ongoing race discrimination, retaliation and management has created a hostile workplace environment for me. Basically, I had been performing over on back →*

all the duties in the posting but was and is still being subjected to desparate treatment based on my race and gender.

6.    The defendant(s):

    (a)    __X__ is/are still committing

    (b)    _____ is/are no longer committing

    (c)    _____ may still be committing

the acts set forth in the above paragraph.

7.    WHEREFORE, Plaintiff prays for the following relief:

    (a)    _____ Defendant(s) be directed to employ plaintiff.

    (b)    _____ Defendant(s) be directed to re-employ plaintiff.

    (c)    _____ Defendant(s) be directed to promote plaintiff.

    (d)    __X__ Defendant(s) be directed to *Financially compensate me for workplace, race and gender discrimination, workplace harassment and retaliation which is ongoing. Denial of career opportunity.*

and for such other relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

8.    **Jury Demand:** I hereby *Demand* a trial by jury of any issue triable

    (Demand/Waive)

of right by a jury.

*Delores Davis*

(Signature of Plaintiff)

-14-

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Little Rock Area Office

820 Louisiana St., Suite 200
Little Rock, AR 72201
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Little Rock Status Line: (866) 408-8075
Little Rock Direct Dial: (501) 324-5014
TTY (501) 324-5481
FAX (501) 324-5991

May 15, 2018

Delores Davis
PO Box 10352
El Dorado, AR 71730

IN RESPONSE PLEASE REFER TO: 493-2017-01514

Dear Ms. Davis

Enclosed are the copies requested of the above referenced charge file for **Davis v. Securitas Security Services**, in accordance with the Section 83 Guidelines. The fee for copying the documents is waived. I am also enclosing EEOC Form 167, Agreement of Nondisclosure, which must be signed and returned in the enclosed stamped and address envelope.

Sincerely,

Kenneth Collins
Kenneth Collins
Charge Information Supervisor

Enclosure

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

AGREEMENT OF NONDISCLOSURE

Pursuant to Section 705g(1) of Title VII, the EEOC shall have power to cooperate with private individuals in order to accomplish the purposes of Title VII. This same authority also applies to actions under the Americans with Disabilities Act.

PERSON REQUESTING DISCLOSURE

| ✓ | CHARGING PARTY | | RESPONDENT | | AGGRIEVED PERSON ON WHOSE BEHALF CHARGE IS FILED | | AGGRIEVED PERSON IN COMMISSIONER CHARGE | | NAMED PARTY IN CLASS ACTION |

ATTORNEY REPRESENTING

| | CP | | RESPONDENT | | AGGRIEVED PERSON ON WHOSE BEHALF CHARGE IS FILED | | AGGRIEVED PERSON IN COMMISSIONER CHARGE | | NAMED PARTY IN CLASS ACTION |

CHARGE NUMBER(S) OF FILE(S) TO BE DISCLOSED

**Davis v. Securitas Security Services**
**493-2017-01514**

STATEMENT

I Delores Davis , request disclosure of Commission case file(s) in

_(Typed name)_

Connection with contemplated or pending litigation. I agree that the information disclosed to me will not be made public or used except in the normal course of a civil action or other proceeding instituted under Title VII or the Americans with Disabilities Act involving such information.

In witness whereof, this agreement is entered into as of the 22nd day of May 20 18

by the Equal Employment Opportunity Commission representative named below and the person requesting disclosure.

_Delores Davis_      _870-814-0734_

Person requesting disclosure (Signature and telephone number/area code)

_Complete address_

Kenneth Collins, Charge Information Supervisor (501)324-5522

EEOC representative (Signature and title)

_Kenneth Collins_

EEOC FORM 167 (10/94)

EEOC Form 161 (11/16)                      U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  Delores A. Davis                                      From:  Little Rock Area Office
     P.O. Box 10352                                               820 Louisiana
     El Dorado, AR 71730                                          Suite 200
                                                                  Little Rock, AR 72201

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2017-01514 | Rodney E. Phillips, Investigator | (501) 324-6473 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

William A. Cash, Jr. / R.P.                                        APR 19 2018

Enclosures(s)                    William A. Cash, Jr.,                  (Date Mailed)
                                 Area Office Director

cc:
     Elizabeth Prater
     Sr. EEO Investigator
     SECURITAS SECURITY SERVICES USA, INC.
     4330 Park Terrace Dr.
     Westlake Village, CA 91361

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge <u>within 90 days</u> of the date you *receive* this Notice. Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed within 90 days of the date this Notice was *mailed* to you (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred more than <u>2 years (3 years)</u> before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request <u>within 6 months</u> of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

6 17 05;17p        Della                                              18-986-4730            p.1

EOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 493-2017-01514 |

and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Delores A. Davis | (870) 814-0734 | 1969 |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 10352, El Dorado, AR 71730 | |

Named is the Employer, Labor Organization Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SECURITAS SECURITY SERVICES USA | 15 - 100 | (870) 863-4877 |

| Street Address | City, State and ZIP Code |
|---|---|
| 101 West Main, El Dorado, AR 71730 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-08-2017    Latest: 08-22-2017
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired July 11, 2012, and my current position is Scale Guard Supervisor. I applied for promotion to Accounts Manager in February 2017, and a less-qualified White male was selected. I submitted a resignation on March 28. I was asked by the VP what it would take for me to stay and we agreed on a pay raise. I was told on July 20 that the Site Supervisor (position I was holding) was being upgraded to Accounts Manager and I had 20 minutes to post the job and all employees would be considered the next day. I interviewed, but again another less-experienced White male was selected and I was demoted. I heard that a plant supervisor commented that he preferred males. The plant has only one female supervisor (HR). I also applied for a plant position, but my director said he heard I was trying to leave, but the company needed me more. I complained to the Hotline. I was called in about August 21 and told it had been reported that I was not happy and was being a disgruntled employee.

I was not given a reason for not being selected.

I believe I was not promoted and was demoted because of my sex (female) and race (Black); I also believe I was harassed in retaliation for filing a charge; all in violation of Title VII of the Civil Right Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 9/6/17<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)    SEP 0 7 2017<br>U.S. EEOC<br>LRAO |

LRAO EEOC

MATERIAL ANALYZED:　JURISDICTIONAL ITEMS

TAB B

CHARGE NUMBER: _____



**U.S. Equal Employment Opportunity Commission**
**Little Rock Area Office**
820 Louisiana
Suite 200
Little Rock, AR 72201

## NOTICE OF CHARGE OF DISCRIMINATION

(This Notice replaces EEOC FORM 131)

### DIGITAL CHARGE SYSTEM

September 12, 2017

To: Ms. Sabrina S. Wesley
Manager EEO Investigations
SECURITAS SECURITY SERVICES USA
sabrina.wesley@securitasinc.com

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Delores A. Davis, under: Title VII of the Civil Rights Act (Title VII). The circumstances of the alleged discrimination are based on Retaliation, Race, and Sex, and involve issues of Harassment, Demotion, and Promotion that are alleged to have occurred on or about Feb 08, 2017 through Aug 22, 2017 and may be continuing.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The charge is available for you to download from the EEOC Respondent Portal, EEOC's secure online system.

Please follow these instructions to view the charge within ten (10) days of receiving this Notice:

1. Access EEOC's secure online system: https://nxg.eeoc.gov/rsp/login.jsf
2. Enter this EEOC Charge No.: 493-2017-01514
3. Enter this temporary password: ls8533fi

Once you log into the system, you can view and download the charge, and electronically submit documents to EEOC. The system will also advise you of possible actions or responses, and identify your EEOC point of contact for this charge.

If you are unable to log into the EEOC Respondent Portal or have any questions regarding the Digital Charge System, you can send an email to LRAO.INTAKE@EEOC.GOV.

## Preservation of Records Requirement

EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see http://eeoc.gov/employers/recordkeeping.cfm.

## Non-Retaliation Requirements

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

## Legal Representation

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please provide the attorney's contact information when you log in to the online system.

Please retain this notice for your records.



## U.S. Equal Employment Opportunity Commission

### FEDERAL INVESTIGATION:
### REQUEST FOR POSITION STATEMENT
### AND SUPPORTING DOCUMENTARY EVIDENCE

EEOC hereby requests that your organization submit within 30 days a Position Statement setting forth all facts which pertain to the allegations in the charge of discrimination under investigation, as well as any other facts which you deem relevant for EEOC's consideration.

We recommend you review EEOC's resource guide on "Effective Position Statements" as you prepare your response to this request.

#### Fact-Based Position Statement

This is your opportunity to raise any and all defenses, legal or factual, in response to each of the allegations of the charge. The position statement should set forth all of the facts relevant to respond to the allegations in the charge, as well as any other facts the Respondent deems pertinent to EEOC's consideration. The position statement should only refer to, but not identify, information that the Respondent asserts is sensitive medical information, or confidential commercial or financial information.

EEOC also requests that you submit all documentary evidence you believe is responsive to the allegations of the charge. If you submit only an advocacy statement, unsupported by documentary evidence, EEOC may conclude that Respondent has no evidence to support its defense to the allegations of the charge.

EEOC may release your position statement and non-confidential attachments to the Charging Party and her representative and allow them to respond to enable the EEOC to assess the credibility of the information provided by both parties. It is in the Respondent's interest to provide an effective position statement that focuses on the facts. EEOC will not release the Charging Party's response, if any, to the Respondent.

If no response is received to this request, EEOC may proceed directly to a determination on the merits of the charge based on the information at its disposal.

#### Signed by an Authorized Representative

The Position Statement should be signed by an officer, agent, or representative of Respondent authorized to speak officially on its behalf in this federal investigation.

#### Segregate Confidential Information into Separately Designated Attachments

If you rely on confidential medical or commercial information in the position statement, you should provide such information in separate attachments to the position statement labeled "Sensitive Medical Information," "Confidential Commercial or Financial Information," or "Trade Secret Information" as applicable. Provide an explanation justifying the confidential nature of the information contained in the attachments. Medical information about the

Charging Party is not sensitive or confidential medical information in relation to EEOC's investigation.

Segregate the following information into separate attachments and designate them as follows:

a. Sensitive medical information (except for the Charging Party's medical information).
b. Social Security Numbers
c. Confidential commercial or financial information.
d. Trade secrets information.
e. Non-relevant personally identifiable information of witnesses, comparators or third parties, for example, social security numbers, dates of birth in non-age cases, home addresses, personal phone numbers and email addresses, etc.
f. Any reference to charges filed against the Respondent by other charging parties.

## Requests for an Extension

If Respondent believes it requires additional time to respond, it must, at the *earliest possible time* in advance of the due date, make a written request for extension, explain why an extension is necessary, and specify the amount of additional time needed to reply. Submitting a written request for extension of time does not automatically extend the deadline for providing the position statement.

## Upload the Position Statement and Attachments into the Respondent Portal

You can upload your position statement and attachments into the Respondent Portal using the + Upload Documents button. Select the "Position Statement" Document Type and click the Save Upload button to send the Position Statement and attachments to EEOC. Once the Position Statement has been submitted, you will not be able to retract it via the Portal.

**RODNEY PHILLIPS**

**From:** Delores Davis <deloresdavis2018@gmail.com>
**Sent:** Wednesday, April 18, 2018 8:14 PM
**To:** RODNEY PHILLIPS
**Subject:** Re: Response to Offer

Good Evening,

Thank you for presenting the Final Offer.  However, I do not accept the offer of $5000 and a resignation.

Delores

On Fri, Apr 13, 2018 at 3:22 PM, Delores Davis <deloresdavis2018@gmail.com> wrote:
 Good Evening,

Now that I have had a moment to reflect on today's conversation with you and the offer that Elizabeth has presented, I would like for you to let Elizabeth know that I would accept $75,000 and that is all.  I understand that if I accept the offer of $75,000 that I would no longer be working for the company and that this case would be over once I was paid in full.

Thank you,

Delores Davis

And have a marvelous weekend!

1

 

LRAO EEOC

MATERIAL ANALYZED:   CHARGING PARTY'S EVIDENCE

TAB C

CHARGE NUMBER: _____

## RODNEY PHILLIPS

From:          deloresdavis2018@gmail.com
Sent:          Friday, April 06, 2018 10:22 AM
To:            RODNEY PHILLIPS
Subject:       Re: Settlement Offer


Ok please let me know what else I need to do.

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------
From: RODNEY PHILLIPS
Date: Fri, Apr 6, 2018 10:06 AM
To: deloresdavis2018@gmail.com;
Cc:
Subject:RE: Settlement Offer


Got it.




From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Friday, April 06, 2018 10:03 AM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
Subject: Re: Settlement Offer



Good Morning

I sent a email to Elizabeth from my work email. I don't want her to have my personal one that I email you from. I forwarded it to you as well.



Thanks

Delores


*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*



------ Original message------

From: RODNEY PHILLIPS

1

 

## RODNEY PHILLIPS

| | |
|---|---|
| **From:** | Delores Davis <deloresdavis2018@gmail.com> |
| **Sent:** | Wednesday, April 11, 2018 9:33 AM |
| **To:** | RODNEY PHILLIPS |
| **Subject:** | Reply |

Good Morning Mr. Phillips

I just wanted to tell you that after checking my email from work I noticed Elizabeth Prater had emailed me back and said she will be contacting me early this week to discuss what I emailed her about my concerns.

Thanks
Delores

1

Date: Thu, Apr 5, 2018 2:32 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Settlement Offer

You should send it before I close your charge. That way, she'll be more likely (might not though) to respond hopefully favorably. Just tell her what you said after our meeting as to how you feel race was a factor and you've had more duties added than before from someone that doesn't even come in many days and is getting significantly higher pay. Also, mention the screaming. Finally, share that you personally gave your documents to HR for the promotion you were interested in.

As for an attorney, you should contact one or more to find someone you can afford. I would not quit my job until I found another one.

Take care and all the best.

Rod

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Thursday, April 05, 2018 2:10 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">></rodney.phillips@eeoc.gov<>
Subject: Re: Settlement Offer

I have wrote somethings down. I just haven't hit the send button. I truly feel in my heart I can't see where she is in my best interest. What do I need to tell her?

What steps do I need to proceed to sue? Do I need to seek a lawyer?

I want to personally thank you for all that you have assisted in my case. I have learned a lot and I will stay prayerful to the one most high. Have a good day.

Thanks

2

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Thu, Apr 5, 2018 1:52 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Settlement Offer

Your charge is going to be dismissed and you will be issued a right to sue document. Have you contacted Elizabeth about your latest issues?

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Thursday, April 05, 2018 1:49 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">></rodney.phillips@eeoc.gov<>
Subject: Re: Settlement Offer

Good Afternoon Mr. Phillips

I was just touching bases with you to check the status of my case.

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

3

From: RODNEY PHILLIPS

Date: Fri, Mar 30, 2018 2:18 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Settlement Offer

I just heard from Elizabeth. She sent additional information to support their position. Most important are the names, races, and sexes of the 11 account managers (5 White/6 Black, 6 Male/5 Female) working for Leslie. She also sent me Gaylene's disciplined received after you call the hotline. Furthermore, she contacted Robinson and Fridell about you applying for the Great Lakes position. Neither stated you completed the necessary documents (statement of interest). They are not interested in settling. Have you contacted her about the latest actions since the meeting?

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Friday, March 30, 2018 9:56 AM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
Subject: Re: Settlement Offer

Ok I was just checking.

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Fri, Mar 30, 2018 9:51 AM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Settlement Offer

Hello,

4

I have not heard from her.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Friday, March 30, 2018 9:40 AM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><a ="">>></rodney.phillips@eeoc.gov<><>
Subject: Settlement Offer

Good Morning Mr. Phillips

I was touching bases to see have Elizabeth requested more time for the offer?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

5

## RODNEY PHILLIPS

From:        Delores Davis <DADavis@edc-ark.com>
Sent:        Friday, April 06, 2018 9:54 AM
To:          RODNEY PHILLIPS
Subject:     Fw: Job Position Concerns

From: Delores Davis
Sent: Friday, April 6, 2018 9:44 AM
To: elizabeth.prater@securitasinc.com
Subject: Job Position Concerns

Good Morning Ms. Elizabeth

I want to let you know all the things that have transpired on my job. I applied for Accounts Manager in February, 2017. I was told by Steve Robinson (former Branch Manager) to write or type a letter of interest and send an updated resume. I personally took to the office the letter of interest and updated resume and gave it to the HR, Becky Fridell. I called and texted Steve Robinson and asked when the interviewing would start. He told me not sure but soon he would let me know. I texted him to let him know that I had been informed that the Accounts Manager position that I had applied for had been filled. I didn't even get and interview. A white male was hired. I feel had I been white and especially a male I would have been considered. I have my documents and the newspaper posting that it was published and a Accounts Manager position existed.

Later I was offered the position of Site Supervisor after I had turned in my resignation. I accepted it because they promised that if I would stay with the company I would get paid 16.75 an hour. I had been praised by the Client that they were excited for me taking the position and that I was doing a great job. I have emails to prove this. Shade Humphries (Branch Manager) came to my site and told me that my position was no longer going to exist because it was going to be replaced with Accounts Manager. He let me know that I could apply for the position as well as anyone else. I had less than 24 hours to apply before the deadline. I applied for it and was given less than a five minute interview for the position. I did not get the position and was told that Adam Hill would be starting the next day. I would have to go back to scales and would be the supervisor down there and got a cut in pay because I would have less responsibilities. I was not given a reason as to why I could not keep my position. It was just told that they decided to hire Adam Hill. Since Adam Hill has been in the position. I have been brought into his office and questioned why am I going around asking questions and going into the main office at the client site saying I am upset because I got my job taken. I have never ever done such things. Since then Adam Hill said he was going to resign because he was going back to full time preaching at his church. I applied once again for Accounts Manager position. I was scheduled an interview the day before Adam Hill last day. On the day Adam was quitting I was told by another security guard that he was going to stay. He would only be at the site one or two days a week. He would work the rest of the time from home. Shade Humphries (Branch Manager) have called my phone screaming at me telling me what I was going to do! And even worse hung up the phone in my face. Keep in mind they never communicated with me that Adam was going to stay. Now on that Monday, Shade and Adam came to my post

1

and told me that I was going to have to do the confirmations which was Adam job and he gets paid significantly more than I do in pay and work less days. When Shade Humphries came down to my post he would not speak which made me feel threaten.

I have all the documentations to back up all of my points that I have discussed.

Thanks
Delores Davis



## RODNEY PHILLIPS

| | |
|---|---|
| **From:** | deioresdavis2018@gmail.com |
| **Sent:** | Thursday, March 29, 2018 7:37 AM |
| **To:** | RODNEY PHILLIPS |
| **Subject:** | Re: Workplace |

Yes an email is on its way to her. And thank you so much for responding. I will wait on Elizabeth.

**Thanks**
Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------
**From:** RODNEY PHILLIPS
**Date:** Thu, Mar 29, 2018 6:46 AM
**To:** Delores Davis;
**Cc:**
**Subject:**RE: Workplace

It does rain at times and for many days in a row, but the sun returns doesn't it?  On one hand you wanted the accounts manager position and on the other you "push back" from the additional duties.  I can understand more was going to be required and it appears the elevated position Adam is filling is being paid significantly more than you, but he is adding to your work and taking more off his plate (at least from your perspective).  I suggest you contact your corporate EEO (Elizabeth Prater) via email with your concerns and see if she can address and rectify them or she may concur with their actions.  You've invested a lot there and should utilize Prater in her role.

I hope that you can allow her time to respond.

Rod

**From:** Delores Davis [mailto:deloresdavis2018@gmail.com]
**Sent:** Wednesday, March 28, 2018 10:14 PM
**To:** RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
**Subject:** Workplace

Today was a difficult day for me.

On Friday, March 23, 2018, Adam Hill and Shade Humphreys approached me at the guard shack.  Adam stated that I was to do all of the required confirmations.  He hand me a stack of 40 confirmations ranging from various dates that had not been completed.  He stated that these confirmations must be completed by the end of the workday.  Shade stood over my shoulder as Adam spoke to me

1

which made me feel threatened. Because of this discomfort I felt that I had no choice but to do what he asked of me or suffer the consequences if I refused.

The responsibility of completing confirmations was that of the previous role of site supervisor; however, since that position was been replaced with that of an accounts manager the responsibility of completing the confirmations is that of the accounts manager, Adam Hill.

Upon arriving to work today, March 28, 2018, I noticed that a new monitor had been installed in the guard shack. However, the monitor that had been in use was still installed. I questioned the scale guard that was on duty when I arrived in regards to the monitor. She stated that the IT person had came the previous day and installed it.

I contacted IT, Ben Fort, who is an EDC employee and asked about the purpose of the monitor. He stated that he installed the new monitor at the request of Adam Hill. Ben stated that Adam said that he was only going to be working part time and therefore since confirmations are required to be done daily he wanted a monitor for confirmations to be installed at the guard shack. This would mean that I would not only have to scale truck drivers in and out but work on submitting the confirmations at the same time. I am now required to have the responsibilities of a scale guard supervisor, do the work of a scale guard., and work on submitting confirmations all at the same time.

Not only am I responsible for the confirmations but Adam Hill is wanting my team of scale guards to also do confirmations. This particular task can be very confusing, very time consuming, and requires specific attention to detail. The paperwork that is involved with scaling in a truck can be just as tedious. Not being accurate with the scale paperwork cost the client company numerous amounts of money and failure to fulfill this task with accuracy could be grounds for termination.

## RODNEY PHILLIPS

From:          Delores Davis <deloresdavis2018@gmail.com>
Sent:          Wednesday, March 28, 2018 10:14 PM
To:            RODNEY PHILLIPS
Subject:       Workplace

Today was a difficult day for me.

On Friday, March 23, 2018, Adam Hill and Shade Humphreys approached me at the guard shack. Adam stated that I was to do all of the required confirmations. He hand me a stack of 40 confirmations ranging from various dates that had not been completed. He stated that these confirmations must be completed by the end of the workday. Shade stood over my shoulder as Adam spoke to me which made me feel threatened. Because of this discomfort I felt that I had no choice but to do what he asked of me or suffer the consequences if I refused.

The responsibility of completing confirmations was that of the previous role of site supervisor; however, since that position was been replaced with that of an accounts manager the responsibility of completing the confirmations is that of the accounts manager, Adam Hill.

Upon arriving to work today, March 28, 2018, I noticed that a new monitor had been installed in the guard shack. However, the monitor that had been in use was still installed. I questioned the scale guard that was on duty when I arrived in regards to the monitor. She stated that the IT person had came the previous day and installed it.

I contacted IT, Ben Fort, who is an EDC employee and asked about the purpose of the monitor. He stated that he installed the new monitor at the request of Adam Hill. Ben stated that Adam said that he was only going to be working part time and therefore since confirmations are required to be done daily he wanted a monitor for confirmations to be installed at the guard shack. This would mean that I would not only have to scale truck drivers in and out but work on submitting the confirmations at the same time. I am now required to have the responsibilities of a scale guard supervisor, do the work of a scale guard., and work on submitting confirmations all at the same time.

Not only am I responsible for the confirmations but Adam Hill is wanting my team of scale guards to also do confirmations. This particular task can be very confusing, very time consuming, and requires specific attention to detail. The paperwork that is involved with scaling in a truck can be just as tedious. Not being accurate with the scale paperwork cost the client company numerous amounts of money and failure to fulfill this task with accuracy could be grounds for termination.

1



## RODNEY PHILLIPS



| | |
|---|---|
| **From:** | deloresdavis2018@gmail.com |
| **Sent:** | Thursday, March 22, 2018 8:36 AM |
| **To:** | RODNEY PHILLIPS |
| **Subject:** | Re: Davis v. Securitas - Notice of Fact Finding Conference |

Ok I will do exactly that.

Thanks
Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------
From: RODNEY PHILLIPS
Date: Wed, Mar 21, 2018 2:39 PM
To: deloresdavis2018@gmail.com;
Cc:
Subject:RE: Davis v. Securitas - Notice of Fact Finding Conference

Follow whatever policy you have to be here.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, March 21, 2018 2:21 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">></rodney.phillips@eeoc.gov<>
Subject: Fw: Davis v. Securitas - Notice of Fact Finding Conference

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: deloresdavis2018@gmail.com

Date: Wed, Mar 21, 2018 2:16 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:Re: Davis v. Securitas - Notice of Fact Finding Conference

1



I have a question do I need to tell my job I need off for next Tuesday?


Thanks

Delores


*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*


------ Original message------

From: deloresdavis2018@gmail.com

Date: Wed, Mar 21, 2018 10:00 AM

To: RODNEY PHILLIPS;

Cc:

Subject:Re: Davis v. Securitas - Notice of Fact Finding Conference


Good Morning

I am confirming I will be at conference.


Thanks

Delore


*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*


------ Original message------

From: RODNEY PHILLIPS

Date: Tue, Mar 20, 2018 2:16 PM

To: deloresdavis2018@gmail.com;

Cc:

2

Subject:Davis v. Securitas - Notice of Fact Finding Conference

Re:    Davis v. Securitas Security Services USA

EEOC Charge No. 493-2017-01514

## NOTICE OF FACT FINDING CONFERENCE

You are hereby requested to appear and participate in a Fact Finding Conference scheduled for March 27, 2018, at 9:30 a.m. at the Little Rock Area Office EEOC, Conference Room, 820 Louisiana St., Ste. 200, Little Rock, Arkansas 72201.

This Fact Finding Conference is being held pursuant to Sections 1601.15(c), 1620.19 and 1626.15(a) of the Commission's Regulations. The Conference is an investigative forum intended to define the issues, determine which elements of the charge are undisputed, clarify disputed issues, and gather evidence necessary to resolve the charge. The Commission investigator named below will control and direct the conference. Other Commission employees may assist or observe.

A Fact Finding Conference will ordinarily involve several steps. First, the charge may be summarized and the specific allegations discussed. The investigator will then ask questions of the parties and any witnesses. The parties present should address all questions and statements to the investigator, and must not interrupt each other. If you have a particular question, you should ask the investigator to pose it. If the question is relevant, the question will be asked. If Respondent or Charging Party is accompanied by an attorney, the attorney may participate solely as an advisor to the client. The Charging Party or Respondent representative is required to answer questions directly rather than have the attorney speak on his or her behalf. Attorneys representing their clients are not permitted to cross examine any person present.

Either Charging Party or Respondent may suggest a recess to discuss settlement of the charge. The investigator may also suggest settlement discussions. Settlement may be discussed separately with each party. If settlement cannot be reached, the investigator may reconvene the conference. When all available information has been gathered, the investigator will explain in general terms the actions which may be required to complete the investigation.

The Conference will be conducted by the Commission representative named below. Because the Commission has found the direct participation of the parties to be crucial to the success of this process, you may neither send a substitute for yourself nor bring persons not requested without permission from the Commission representative named below.

If you and/or your representative(s) need an accommodation, please notify the Commission investigator named below.

Notice of Non-Retaliation Requirements

Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws.

If you have questions you'd like me to ask, please type them and forward to me by March 23, 2018. Please confirm this appointment with me in writing or response to this email by March 22, 2018.

On Behalf of the Commission:

Rodney Phillips

Federal Investigator

Equal Employment Opportunity Commission

820 Louisiana, Suite 200

Little Rock, AR 72201

501.324.6473 (O)

501.324.5991 (F)

rodney.phillips@eeoc.gov

4



## RODNEY PHILLIPS



**From:** deloresdavis2018@gmail.com
**Sent:** Monday, March 19, 2018 8:58 AM
**To:** RODNEY PHILLIPS
**Subject:** Re: Regarding Conference Daye

I am so sorry to hear that. I hope you continue to get well. Things on the job is really getting worse.

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------
**From:** RODNEY PHILLIPS
**Date:** Mon, Mar 19, 2018 7:02 AM
**To:** deloresdavis2018@gmail.com;
**Cc:**
**Subject:**RE: Regarding Conference Daye

Good morning,

I was hospitalized for a few days following an emergency....I will follow up with you shortly.

**From:** deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
**Sent:** Tuesday, March 13, 2018 9:45 AM
**To:** RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">></rodney.phillips@eeoc.gov<>
**Subject:** Regarding Conference Daye

Good Morning

I wasn't sure if you received my email about is the 19th the deadline for them to make an appointment?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

1

**RODNEY PHILLIPS**

| | |
|---|---|
| From: | deloresdavis2018@gmail.com |
| Sent: | Friday, March 16, 2018 11:21 AM |
| To: | RODNEY PHILLIPS |
| Subject: | Re: Compare Responses |

I had the interview yesterday. Today I just was informed that Adam Hill is going to stay. Could you please get in contact with me? I have been trying to reach you by email and calling.

Thanks
Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------
**From:** RODNEY PHILLIPS
**Date:** Wed, Mar 7, 2018 7:31 AM
**To:** deloresdavis2018@gmail.com;
**Cc:**
**Subject:**RE: Compare Responses

You can bring your sister. I haven't heard from Respondent yet on a date, though.

**From:** deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
**Sent:** Thursday, March 01, 2018 8:58 AM
**To:** RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
**Subject:** Re: Compare Responses

Good Morning

I applied for the Accounts Manager position and I applied again at El Dorado Chemical for a Production position in the plant.

I got a question so the most I can ask for a settlement offer is 300,000? Also can I have like my sister with me on the conference meeting just for support? If she can't that is fine because I will be there and I am not afraid.

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

1

------ Original message------

From: RODNEY PHILLIPS

Date: Wed, Feb 28, 2018 10:35 AM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Yes; definitely apply.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, February 28, 2018 10:33 AM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><  a="">></rodney.phillips@eeoc.gov<><>
Subject: Re: Compare Responses

Hi Mr. Rod

I forgot to mention also that Adam Hill is resigning. His last day is March 16th. He came down to my work area and told me Monday. Should I apply for that position again?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Fri, Feb 23, 2018 2:28 PM

To: deloresdavis2018@gmail.com;

Cc:

2

Subject:RE: Compare Responses

Send it to me by Wednesday.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Friday, February 23, 2018 1:45 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><a=""></rodney.phillips@eeoc.gov<><>
Subject: Re: Compare Responses

Mr. Rod

I want to make sure I understand when do you want me to send settlement offer?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Fri, Feb 23, 2018 1:00 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Good afternoon,

You can email it to me; no need to travel.

3



**From:** deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
**Sent:** Friday, February 23, 2018 12:59 PM
**To:** RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><a=""">></rodney.phillips@eeoc.gov<><>
**Subject:** Re: Compare Responses

Hello Mr. Rod

Will I have to come to your office for the settlement attempt or will it be done over the phone?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

**From:** RODNEY PHILLIPS

**Date:** Thu, Feb 15, 2018 1:03 PM

**To:** deloresdavis2018@gmail.com;

**Cc:**

**Subject:** RE: Compare Responses

Yes; back pay may be computed at the determination point for settlement attempt.

**From:** deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
**Sent:** Thursday, February 15, 2018 12:52 PM
**To:** RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><a=""">></rodney.phillips@eeoc.gov<><>
**Subject:** Re: Compare Responses

Hi Mr. Phillips

This Delores Davis I tried calling you so I left a message. The question I had is my back pay still going on to present because on my charge paper it had earliest was February 2017?

4

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Thu, Feb 8, 2018 6:48 AM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Hi Delores,

Yes, you are getting closer. How are things at work?

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, February 07, 2018 2:53 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><  a="">>></rodney.phillips@eeoc.gov<><>
Subject: Fw: Compare Responses

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: deloresdavis2018@gmail.com

Date: Tue, Feb 6, 2018 2:31 PM

To: deloresdavis2018@gmail.com;

5

Cc:

Subject:Re: Compare Responses

Good Afternoon

I was just touching bases with you Mr. Rod to see if I am getting a little closer in line. I want to express I am not rushing you by any means because I want you personally to finish my case. Have a great afternoon.

Thanks

Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: deloresdavis2018@gmail.com

Date: Wed, Jan 24, 2018 3:59 PM

To: RODNEY PHILLIPS;

Cc:

Subject:Re: Compare Responses

I certainly want to just wait on you. Have great day!

Thanks

Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

6

From: RODNEY PHILLIPS

Date: Wed, Jan 24, 2018 3:21 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Anyone can represent themselves in court in the USA. I will be able to finish it if you want to wait.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, January 24, 2018 3:03 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><a="">>></rodney.phillips@eeoc.gov<><>
Subject: Re: Compare Responses

I had a question if I decide after my 180 days I request the Right To Sue and proceed to court if approved do I have to have a lawyer to represent me? My second question is if I want to wait on you you will be able to finish my case even if it is months away?

Thanks

Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Thu, Jan 11, 2018 3:59 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Hello Delores,

7



I am trying, but I have several charges older than yours. We work them in the order received. Your charge is 156 days old. If after 180 days I have not made a decision you can ask for a Rights to Suit and if approved it will be dismissed and you can proceed to court. Just let me know.

Thanks,

Rod

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Thursday, January 11, 2018 1:07 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><  a="">></rodney.phillips@eeoc.gov<><>
Subject: Compare Responses

Good Afternoon

I was just checking to see if is still going to be in January when you will be able to compare my response with Securitas response?

Have a Good Day!

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

## RODNEY PHILLIPS

| | |
|---|---|
| **From:** | deloresdavis2018@gmail.com |
| **Sent:** | Wednesday, March 14, 2018 12:16 PM |
| **To:** | RODNEY PHILLIPS |
| **Subject:** | Job Interview |

Good Afternoon Mr. Rod
Shade came to my jobsite today and told me I have an interview tomorrow after I get off at 4pm for Adam Hill position.

Thanks
Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

1

## RODNEY PHILLIPS



| | |
|---|---|
| **From:** | deloresdavis2018@gmail.com |
| **Sent:** | Monday, March 12, 2018 11:28 AM |
| **To:** | RODNEY PHILLIPS |
| **Subject:** | Re: Compare Responses |

Morning

I was wondering did you mean Securitas have to the 19th of the month to respond and set a date for our conference or it will be on the 19th of this month?

Thanks
Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------
From: RODNEY PHILLIPS
Date: Wed, Mar 7, 2018 7:31 AM
To: deloresdavis2018@gmail.com;
Cc:
Subject:RE: Compare Responses

You can bring your sister. I haven't heard from Respondent yet on a date, though.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Thursday, March 01, 2018 8:58 AM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
Subject: Re: Compare Responses

Good Morning

I applied for the Accounts Manager position and I applied again at El Dorado Chemical for a Production position in the plant.

I got a question so the most I can ask for a settlement offer is 300,000? Also can I have like my sister with me on the conference meeting just for support? If she can't that is fine because I will be there and I am not afraid.

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

1

------ Original message------

From: RODNEY PHILLIPS

Date: Wed, Feb 28, 2018 10:35 AM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Yes; definitely apply.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, February 28, 2018 10:33 AM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""> < a="">>></rodney.phillips@eeoc.gov<><>
Subject: Re: Compare Responses

Hi Mr. Rod

I forgot to mention also that Adam Hill is resigning. His last day is March 16th. He came down to my work area and told me Monday. Should I apply for that position again?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Fri, Feb 23, 2018 2:28 PM

To: deloresdavis2018@gmail.com;

2

Cc:

Subject:RE: Compare Responses

Send it to me by Wednesday.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Friday, February 23, 2018 1:45 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><  a="">>></rodney.phillips@eeoc.gov<><>
Subject: Re: Compare Responses

Mr. Rod

I want to make sure I understand when do you want me to send settlement offer?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Fri, Feb 23, 2018 1:00 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Good afternoon,

You can email it to me; no need to travel.

3



From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Friday, February 23, 2018 12:59 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><  a="">>></rodney.phillips@eeoc.gov<><>
Subject: Re: Compare Responses

Hello Mr. Rod

Will I have to come to your office for the settlement attempt or will it be done over the phone?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Thu, Feb 15, 2018 1:03 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Yes; back pay may be computed at the determination point for settlement attempt.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Thursday, February 15, 2018 12:52 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><  a="">>></rodney.phillips@eeoc.gov<><>
Subject: Re: Compare Responses

Hi Mr. Phillips

This Delores Davis I tried calling you so I left a message. The question I had is my back pay still going on to present because on my charge paper it had earliest was February 2017?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Thu, Feb 8, 2018 6:48 AM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Hi Delores,

Yes, you are getting closer.  How are things at work?

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, February 07, 2018 2:53 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><a="">>></rodney.phillips@eeoc.gov<<>
Subject: Fw: Compare Responses

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: deloresdavis2018@gmail.com

Date: Tue, Feb 6, 2018 2:31 PM

To: deloresdavis2018@gmail.com;

5

Cc:

Subject:Re: Compare Responses


Good Afternoon


I was just touching bases with you Mr. Rod to see if I am getting a little closer in line. I want to express I am not rushing you by any means because I want you personally to finish my case. Have a great afternoon.


Thanks

Delores Davis


*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*


------ Original message------

From: deloresdavis2018@gmail.com

Date: Wed, Jan 24, 2018 3:59 PM

To: RODNEY PHILLIPS;

Cc:

Subject:Re: Compare Responses


I certainly want to just wait on you. Have great day!


Thanks

Delores Davis


*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*


------ Original message------

6

**From:** RODNEY PHILLIPS

**Date:** Wed, Jan 24, 2018 3:21 PM

**To:** deloresdavis2018@gmail.com;

**Cc:**

**Subject:** RE: Compare Responses

Anyone can represent themselves in court in the USA. I will be able to finish it if you want to wait.

**From:** deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
**Sent:** Wednesday, January 24, 2018 3:03 PM
**To:** RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><a="">></rodney.phillips@eeoc.gov<><>
**Subject:** Re: Compare Responses

I had a question If I decide after my 180 days I request the Right To Sue and proceed to court if approved do I have to have a lawyer to represent me? My second question is if I want to wait on you you will be able to finish my case even if it is months away?

Thanks

Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

**From:** RODNEY PHILLIPS

**Date:** Thu, Jan 11, 2018 3:59 PM

**To:** deloresdavis2018@gmail.com;

**Cc:**

**Subject:** RE: Compare Responses

Hello Delores,

7

 

I am trying, but I have several charges older than yours.  We work them in the order received.  Your charge is 156 days old.  If after 180 days I have not made a decision you can ask for a Rights to Suit and if approved it will be dismissed and you can proceed to court.  Just let me know.

Thanks,

Rod

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Thursday, January 11, 2018 1:07 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><  a="">>></rodney.phillips@eeoc.gov<><>
Subject: Compare Responses

Good Afternoon

I was just checking to see if is still going to be in January when you will be able to compare my response with Securitas response?

Have a Good Day!

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

8

**RODNEY PHILLIPS**

From:           deloresdavis2018@gmail.com
Sent:           Wednesday, March 07, 2018 3:31 PM
To:             RODNEY PHILLIPS
Subject:        Fw: Compare Responses

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------
From: deloresdavis2018@gmail.com
Date: Wed, Mar 7, 2018 3:24 PM
To: deloresdavis2018@gmail.com;
Cc:
Subject:Re: Compare Responses

Mr Rod
Do they have a time frame to let you know about our meeting date? If they don't schedule a meeting what will be the next step?

Thanks
Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------
From: deloresdavis2018@gmail.com
Date: Wed, Mar 7, 2018 9:49 AM
To: deloresdavis2018@gmail.com;
Cc:
Subject:Re: Compare Responses

Once again it is always white males that are interviewed.

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------
From: deloresdavis2018@gmail.com
Date: Wed, Mar 7, 2018 8:56 AM
To: RODNEY PHILLIPS;
Cc:
Subject:Re: Compare Responses

Good morning

Thanks so much. They are interviewing for Adam Hill job but I haven't been offered a interview.

Thanks
Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------
From: RODNEY PHILLIPS
Date: Wed, Mar 7, 2018 7:31 AM
To: deloresdavis2018@gmail.com;
Cc:

1



Subject:RE: Compare Responses

You can bring your sister. I haven't heard from Respondent yet on a date, though.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Thursday, March 01, 2018 8:58 AM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
Subject: Re: Compare Responses

Good Morning

I applied for the Accounts Manager position and I applied again at El Dorado Chemical for a Production position in the plant.

I got a question so the most I can ask for a settlement offer is 300,000? Also can I have like my sister with me on the conference meeting just for support? If she can't that is fine because I will be there and I am not afraid.

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Wed, Feb 28, 2018 10:35 AM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Yes; definitely apply.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, February 28, 2018 10:33 AM

To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><a=""">></rodney.phillips@eeoc.gov<>  >
Subject: Re: Compare Responses


Hi Mr. Rod


I forgot to mention also that Adam Hill is resigning. His last day is March 16th. He came down to my work area and told me Monday. Should I apply for that position again?


Thanks

Delores


*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*


------ Original message------

From: RODNEY PHILLIPS

Date: Fri, Feb 23, 2018 2:28 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses


Send it to me by Wednesday.


From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Friday, February 23, 2018 1:45 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><a="">></rodney.phillips@eeoc.gov<>>
Subject: Re: Compare Responses


Mr. Rod

I want to make sure I understand when do you want me to send settlement offer?

3

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Fri, Feb 23, 2018 1:00 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Good afternoon,

You can email it to me; no need to travel.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Friday, February 23, 2018 12:59 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""  a=""> :/rodney.phillips@eeoc.gov  >
Subject: Re: Compare Responses

Hello Mr. Rod

Will I have to come to your office for the settlement attempt or will it be done over the phone?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

4

------ Original message------

From: RODNEY PHILLIPS

Date: Thu, Feb 15, 2018 1:03 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses


Yes; back pay may be computed at the determination point for settlement attempt.


From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Thursday, February 15, 2018 12:52 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">< a="">></rodney.phillips@eeoc.gov
Subject: Re: Compare Responses


Hi Mr. Phillips

This Delores Davis I tried calling you so I left a message. The question I had is my back pay still going on to present because on my charge paper it had earliest was February 2017?


Thanks

Delores


*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*


------ Original message------

From: RODNEY PHILLIPS

Date: Thu, Feb 8, 2018 6:48 AM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

5

Hi Delores,

Yes, you are getting closer.  How are things at work?

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, February 07, 2018 2:53 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><a=""">></rodney.phillips@eeoc.gov<><>
Subject: Fw: Compare Responses

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: deloresdavis2018@gmail.com

Date: Tue, Feb 6, 2018 2:31 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:Re: Compare Responses

Good Afternoon

I was just touching bases with you Mr. Rod to see if I am getting a little closer in line. I want to express I am not rushing you by any means because I want you personally to finish my case. Have a great afternoon.

Thanks

Delores Davis

6

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: deloresdavis2018@gmail.com

Date: Wed, Jan 24, 2018 3:59 PM

To: RODNEY PHILLIPS;

Cc:

Subject:Re: Compare Responses

I certainly want to just wait on you. Have great day!

Thanks

Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Wed, Jan 24, 2018 3:21 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Anyone can represent themselves in court in the USA. I will be able to finish it if you want to wait.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, January 24, 2018 3:03 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""><  a=""">></rodney.phillips@eeoc.gov< .<>
Subject: Re: Compare Responses

7



I had a question if I decide after my 180 days I request the Right To Sue and proceed to court if approved do I have to have a lawyer to represent me? My second question is if I want to wait on you you will be able to finish my case even if it is months away?

Thanks

Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Thu, Jan 11, 2018 3:59 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Hello Delores,

I am trying, but I have several charges older than yours. We work them in the order received. Your charge is 156 days old. If after 180 days I have not made a decision you can ask for a Rights to Suit and if approved it will be dismissed and you can proceed to court. Just let me know.

Thanks,

Rod

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Thursday, January 11, 2018 1:07 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a:"" . a:"" . /rodney.phillips@eeoc.gov .
Subject: Compare Responses

8

Good Afternoon

I was just checking to see if is still going to be in January when you will be able to compare my response with Securitas response?

Have a Good Day!


Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*



## RODNEY PHILLIPS

**From:** deloresdavis2018@gmail.com
**Sent:** Thursday, March 01, 2018 8:58 AM
**To:** RODNEY PHILLIPS
**Subject:** Re: Compare Responses

Good Morning

I applied for the Accounts Manager position and I applied again at El Dorado Chemical for a Production position in the plant. I got a question so the most I can ask for a settlement offer is 300,000? Also can I have like my sister with me on the conference meeting just for support? If she can't that is fine because I will be there and I am not afraid.

Thanks
Delores
*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------
From: RODNEY PHILLIPS
Date: Wed, Feb 28, 2018 10:35 AM
To: deloresdavis2018@gmail.com;
Cc:
Subject:RE: Compare Responses

Yes; definitely apply.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, February 28, 2018 10:33 AM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""">></rodney.phillips@eeoc.gov<>
Subject: Re: Compare Responses

Hi Mr. Rod

I forgot to mention also that Adam Hill is resigning. His last day is March 16th. He came down to my work area and told me Monday. Should I apply for that position again?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

1

------ Original message------

From: RODNEY PHILLIPS

Date: Fri, Feb 23, 2018 2:28 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Send it to me by Wednesday.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Friday, February 23, 2018 1:45 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""">></rodney.phillips@eeoc.gov<>
Subject: Re: Compare Responses

Mr. Rod

I want to make sure I understand when do you want me to send settlement offer?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Fri, Feb 23, 2018 1:00 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

2

Good afternoon,

You can email it to me; no need to travel.

**From:** deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
**Sent:** Friday, February 23, 2018 12:59 PM
**To:** RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
**Subject:** Re: Compare Responses

Hello Mr. Rod

Will I have to come to your office for the settlement attempt or will it be done over the phone?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

**From:** RODNEY PHILLIPS

**Date:** Thu, Feb 15, 2018 1:03 PM

**To:** deloresdavis2018@gmail.com;

**Cc:**

**Subject:** RE: Compare Responses

Yes; back pay may be computed at the determination point for settlement attempt.

**From:** deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
**Sent:** Thursday, February 15, 2018 12:52 PM

3

To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
Subject: Re: Compare Responses

Hi Mr. Phillips

This Delores Davis I tried calling you so I left a message. The question I had is my back pay still going on to present because on my charge paper it had earliest was February 2017?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Thu, Feb 8, 2018 6:48 AM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Hi Delores,

Yes, you are getting closer. How are things at work?

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, February 07, 2018 2:53 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
Subject: Fw: Compare Responses

4

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: deloresdavis2018@gmail.com

Date: Tue, Feb 6, 2018 2:31 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:Re: Compare Responses

Good Afternoon

I was just touching bases with you Mr. Rod to see if I am getting a little closer in line. I want to express I am not rushing you by any means because I want you personally to finish my case. Have a great afternoon.

Thanks

Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: deloresdavis2018@gmail.com

Date: Wed, Jan 24, 2018 3:59 PM

To: RODNEY PHILLIPS;

Cc:

Subject:Re: Compare Responses

I certainly want to just wait on you. Have great day!

5

Thanks

Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

**From:** RODNEY PHILLIPS

**Date:** Wed, Jan 24, 2018 3:21 PM

**To:** deloresdavis2018@gmail.com;

**Cc:**

**Subject:** RE: Compare Responses

Anyone can represent themselves in court in the USA.  I will be able to finish it if you want to wait.

**From:** deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
**Sent:** Wednesday, January 24, 2018 3:03 PM
**To:** RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">></rodney.phillips@eeoc.gov<>
**Subject:** Re: Compare Responses

I had a question if I decide after my 180 days I request the Right To Sue and proceed to court if approved do I have to have a lawyer to represent me? My second question is if I want to wait on you you will be able to finish my case even if it is months away?

Thanks

Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

**From:** RODNEY PHILLIPS

6

Date: Thu, Jan 11, 2018 3:59 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses


Hello Delores,


I am trying, but I have several charges older than yours. We work them in the order received. Your charge is 156 days old. If after 180 days I have not made a decision you can ask for a Rights to Suit and if approved it will be dismissed and you can proceed to court. Just let me know.


Thanks,

Rod


From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Thursday, January 11, 2018 1:07 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
Subject: Compare Responses


Good Afternoon

I was just checking to see if is still going to be in January when you will be able to compare my response with Securitas response?

Have a Good Day!


Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

7



## RODNEY PHILLIPS

| | |
|---|---|
| **From:** | deloresdavis2018@gmail.com |
| **Sent:** | Sunday, February 25, 2018 5:27 PM |
| **To:** | RODNEY PHILLIPS |
| **Subject:** | Re: Compare Responses |

Hello Mr. Rod

My settlement offer is 2.5 million. The reason I came to this conclusion is because of the mental distress that I have had to endure. In my course of employment with Securitas I have tried to work hard for advancement or promotions and have be denied every time. I even was hired at Mill Banks and I turned down the job offer because I was told by Area VP Leslie Osborne and Branch Manager Steve Robinson at the time that I was promised a job of Site Supervisor which was later replaced as Accounts Manager if a would stay with the company. I truly fell that my education and work performance that I display proves that I was qualified for such position. This has put tremendous stress on my life and livelihood.
Thanks
Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------
From: RODNEY PHILLIPS
Date: Fri, Feb 23, 2018 2:28 PM
To: deloresdavis2018@gmail.com;
Cc:
Subject:RE: Compare Responses

Send it to me by Wednesday.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Friday, February 23, 2018 1:45 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a=""">></rodney.phillips@eeoc.gov<>
Subject: Re: Compare Responses

Mr. Rod

I want to make sure I understand when do you want me to send settlement offer?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

1

----- Original message-----

From: RODNEY PHILLIPS

Date: Fri, Feb 23, 2018 1:00 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Good afternoon,

You can email it to me; no need to travel.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Friday, February 23, 2018 12:59 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
Subject: Re: Compare Responses

Hello Mr. Rod

Will I have to come to your office for the settlement attempt or will it be done over the phone?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Thu, Feb 15, 2018 1:03 PM

To: deloresdavis2018@gmail.com;

Cc:

2

Subject:RE: Compare Responses

Yes; back pay may be computed at the determination point for settlement attempt.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Thursday, February 15, 2018 12:52 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
Subject: Re: Compare Responses

Hi Mr. Phillips

This Delores Davis I tried calling you so I left a message. The question I had is my back pay still going on to present because on my charge paper it had earliest was February 2017?

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Thu, Feb 8, 2018 6:48 AM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Hi Delores,

Yes, you are getting closer. How are things at work?

3

**From:** deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
**Sent:** Wednesday, February 07, 2018 2:53 PM
**To:** RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">></rodney.phillips@eeoc.gov<>
**Subject:** Fw: Compare Responses

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: deloresdavis2018@gmail.com

Date: Tue, Feb 6, 2018 2:31 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:Re: Compare Responses

Good Afternoon

I was just touching bases with you Mr. Rod to see if I am getting a little closer in line. I want to express I am not rushing you by any means because I want you personally to finish my case. Have a great afternoon.

Thanks

Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: deloresdavis2018@gmail.com

Date: Wed, Jan 24, 2018 3:59 PM

To: RODNEY PHILLIPS;

4

Cc:

Subject:Re: Compare Responses

I certainly want to just wait on you. Have great day!

Thanks

Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------- Original message-------

From: RODNEY PHILLIPS

Date: Wed, Jan 24, 2018 3:21 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Anyone can represent themselves in court in the USA. I will be able to finish it if you want to wait.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, January 24, 2018 3:03 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">></rodney.phillips@eeoc.gov<>
Subject: Re: Compare Responses

I had a question if I decide after my 180 days I request the Right To Sue and proceed to court if approved do I have to have a lawyer to represent me? My second question is if I want to wait on you you will be able to finish my case even if it is months away?

Thanks

Delores Davis

5



*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

**From:** RODNEY PHILLIPS

**Date:** Thu, Jan 11, 2018 3:59 PM

**To:** deloresdavis2018@gmail.com;

**Cc:**

**Subject:** RE: Compare Responses

Hello Delores,

I am trying, but I have several charges older than yours. We work them in the order received. Your charge is 156 days old. If after 180 days I have not made a decision you can ask for a Rights to Suit and if approved it will be dismissed and you can proceed to court. Just let me know.

Thanks,

Rod

**From:** deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
**Sent:** Thursday, January 11, 2018 1:07 PM
**To:** RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">></rodney.phillips@eeoc.gov<>
**Subject:** Compare Responses

Good Afternoon

I was just checking to see if is still going to be in January when you will be able to compare my response with Securitas response?

Have a Good Day!

Thanks

6

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

## RODNEY PHILLIPS

From:        deloresdavis2018@gmail.com
Sent:        Thursday, February 08, 2018 2:19 PM
To:          RODNEY PHILLIPS
Subject:     Re: Compare Responses

It is ok but they keep a lot of stress on me by asking me how to do a lot of things that I feel they should have taught Adam instead of me having to show him and I am doing double work being a supervisor plus a scale guard.

Thanks
Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------
From: RODNEY PHILLIPS
Date: Thu, Feb 8, 2018 6:48 AM
To: deloresdavis2018@gmail.com;
Cc:
Subject:RE: Compare Responses

Hi Delores,


Yes, you are getting closer.  How are things at work?



From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, February 07, 2018 2:53 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
Subject: Fw: Compare Responses




*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*



------ Original message------

From: deloresdavis2018@gmail.com

Date: Tue, Feb 6, 2018 2:31 PM

To: deloresdavis2018@gmail.com;

1

Cc:

Subject:Re: Compare Responses


Good Afternoon


I was just touching bases with you Mr. Rod to see if I am getting a little closer in line. I want to express I am not rushing you by any means because I want you personally to finish my case. Have a great afternoon.


Thanks

Delores Davis


*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*


------ Original message------

From: deloresdavis2018@gmail.com

Date: Wed, Jan 24, 2018 3:59 PM

To: RODNEY PHILLIPS;

Cc:

Subject:Re: Compare Responses


I certainly want to just wait on you. Have great day!


Thanks

Delores Davis


*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*


------ Original message------

2

From: RODNEY PHILLIPS

Date: Wed, Jan 24, 2018 3:21 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Anyone can represent themselves in court in the USA.  I will be able to finish it if you want to wait.

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Wednesday, January 24, 2018 3:03 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">></rodney.phillips@eeoc.gov<>
Subject: Re: Compare Responses

I had a question if I decide after my 180 days I request the Right To Sue and proceed to court if approved do I have to have a lawyer to represent me? My second question is if I want to wait on you you will be able to finish my case even if it is months away?

Thanks

Delores Davis

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

------ Original message------

From: RODNEY PHILLIPS

Date: Thu, Jan 11, 2018 3:59 PM

To: deloresdavis2018@gmail.com;

Cc:

Subject:RE: Compare Responses

Hello Delores,

3



I am trying, but I have several charges older than yours. We work them in the order received. Your charge is 156 days old. If after 180 days I have not made a decision you can ask for a Rights to Suit and if approved it will be dismissed and you can proceed to court. Just let me know.

Thanks,

Rod

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Thursday, January 11, 2018 1:07 PM
To: RODNEY PHILLIPS <rodney.phillips@eeoc.gov< a="">>></rodney.phillips@eeoc.gov<>
Subject: Compare Responses

Good Afternoon

I was just checking to see if is still going to be in January when you will be able to compare my response with Securitas response?

Have a Good Day!

Thanks

Delores

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

4

## RODNEY PHILLIPS

From:           deloresdavis2018@gmail.com
Sent:           Friday, December 01, 2017 7:52 PM
To:             RODNEY PHILLIPS
Subject:        Text Messages
Attachments:    Screenshot_2017-11-28-18-45-22.png

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

1

Feb 14

Hi Mr. Steve this Delores I was wondering when the interviewing will start

1:53 PM

I will let you know for sure but soon

2:07 PM

Ok thanks hope you have a good day

2:08 PM

Feb 22

Good morning Mr Steve I heard that the position I applied for you all have filled it and I wasn't given an interview with you and Leslie and given a chance at all I know that is not rite. I would like to have a meeting with you and Leslie soon as possible. Thanks

7:51 AM

Feb 28

Mr Steve I am trying to do the LMS training but my truck traffic is heavy

## RODNEY PHILLIPS

**From:** deloresdavis2018@gmail.com
**Sent:** Friday, December 01, 2017 1:38 PM
**To:** RODNEY PHILLIPS

*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*

Response to Disposition Statement

### Overview of Claimant's Work History

I received my first promotion on or around April 15, 2014 to *Assistant Site Supervisor*; however, I was demoted on May 1, 2014 less than two weeks later. I was given this promotion by former Branch Manager John Williams (White, Male). I was demoted by former Site Supervisor, Gaylene White (White, Female).

On July 31, 2014, I was again promoted to *Assistant Site Supervisor* per the request of the client, Carl Bradley (White, Male) and former Branch Manager, John Williams (White, Male). With this promotion, I received a $.50 raise from the starting pay of $11.50 to $12.00 per hour.

February 17, 2017, I was given a raise in pay of $.75 by former Branch Manager, Steven Robinson (White, Male). This raised my pay from $12.00 to $12.75.

April 13, 2017, I was promoted to *Site Supervisor* raising my pay from $12.75 to $16.75 by former Branch Manager Steven Robinson (White, Male) and current Area Vice President Leslie Osborne (White, Female).

August 4, 2017, I was demoted to *Scale Guard Supervisor* by current Branch Manager, Shade Humphreys (White, Male) and current Area Vice President Leslie Osborne (White, Female) . This decreased my pay from $16.75 to $14.75.

(See attached documentation that validates my employment role of Assistant Site Supervisor instead of Scale Supervisor. Prior to August 4, 2017, I have served in the roles of Security Officer/ Scale Guard 2012 to 2014, Assistant Site Supervisor 2014 to 2017 and Site Supervisor 2017.)

### Employment Counseling

On June 30, 2017, I received an email from current Area Vice President Leslie Obsorne (White, Female) addressing the Uniform and Appearance of the staff and myself. On June 28, 2017, which was the date that current AVP Leslie Obsorne visited the El Dorado Chemical Company Site, all Securitas employees for this site were required to take a mandatory drug screen. The screen took several hours to conduct, during this time there was a shift change. Some employees were off duty after they were screened. Since this was the case, those employees did not tuck in

their shirts nor address their uniforms in their normal appearances because they were not reporting for duty. I was assisting with the screening even though my shift had ended. The Securitas' shirt that I was wearing was not tucked in because of its polo-style. AVP Leslie Obsorne stated to former employee Jason Thompson (White, Male) that this type of shirt could be worn not tucked in.

(See attached emails.)

July 10, 2017-See attached documents.

September 15, 2017, was in regards to the overage procedure of Ammonium Nitrate Fertilizer (Prill). El Dorado Chemical Company Site Policy for trucks that are over the required 80,000 pound gross weight is that the truck cannot leave the facility with even 1 pound over. Therefore, any truck weighing more than the suggested amount must return to Prill for offloading. However, if the weight is an insignificant amount, the Prill department provides bags, boxes and 5 gallon buckets for offloading at the Scale House.

On September 13, 2017 a driver was over the required gross weight by 40 pounds. I told the driver that due to the overage he must return to Prill for offloading. At this time, the railway system was under construction and prevented immediate access to the area for offloading. Therefore, the driver would have to drive a different route in order to reach the Prill for offloading. Since the driver is on time restraints and was behind his schedule, he did not want to return to the Prill department. He indicated from his company he could be 400 pounds over and still be in accordance to DOT laws. I stated to him that may be true in accordance to your company; however, El Dorado Chemical Company Policy is that no load is allowed to leave the facility with an overage of the required gross weight of 80,000 pounds-not even 1 pound over.

The driver was upset. I mentioned to the driver that if he knew how to offload some of the product then the Prill department has provided bags, boxes and 5 gallon buckets for use. The driver stated that he did know how to offload the product and he preferred to use the box. As he was offloading the product, he failed to shut off the value and there was an over spill. When this was brought to my attention, I told the driver that he had to clean the overspill up. He refused to do so. H and H Maintenance cleaned the overspill.



The Prill department provides these for items for all drivers in case of overage. This is not the first time a driver has offloaded at the Scale House.

(See attached documents.)

*Section V*

Accounts Manager Position in February 2017

This position was published in the El Dorado News Times –Sunday, February 5, 2017 edition.  The ad states Securitas Security Services is seeking highly motivated, well qualified, positive and professional applicants to fill position for Account Manager in the El Dorado area,  It states that Qualified applicants may submit resumes either in person or per mail at Securitas Security Services, 101 Main Suite 301 , El Dorado, AR 71730.

(See attached Newspaper Article.)

I applied for the Accounts Manager position on February 7, 2017 and I did not receive an interview.  On February 14, 2017, I spoke with and texted the former Branch Manager Steven Robinson (White, Male) in regards to the interview and the filling of the position.   Steven Robinson responded with I will let you know for sure but soon.

On February 22, 2017, I texted former Branch Manager Steven Robinson (White, Male) that I heard that the position for Accounts Manager had been filled and I was not given an interview with you and AVP Leslie Obsorne (White, Female).  I would like to have a meeting with you and Leslie as soon as possible.

On February 23, 2017, Steven Robinson (White, Male) came to the El Dorado Chemical Company Site.  He stated to me that he was sorry about the failure to give an interview and the company wanted who they wanted.  However, he was able to get me a $.75 raise.

(See attached documents.)

On March 28, 2017, I submitted my letter of resignation.  I received a job offer from Milbank.  Upon notice of my resignation, the client, Carl Bradley(White, Male) asked for me to meet with him in regards to my resigning.  Carl Bradley

stated that he would really hate to lose me because I was a valuable employee. However, he understood if I was moving on to better myself. But if he could work something out with AVP Leslie Osborne for the position of Site Supervisor would I be willing to consider the position. I received a phone call shortly thereafter from former Branch Manager Steven Robinson and AVP Leslie Obsorne. Steven Robinson stated what would it take for me to stay? I stated more money. He stated how much. I stated $16.75. Steven Robinson then stated for me to hold on for two minutes and he would call me back. AVP Leslie Obsorne called and stated that if I would agree to the position of Site Supervisor and the pay of $16.75 and promise to stay then they would meet my request. AVP Leslie Obsorne stated that the position and pay would be in effect immediately.

On April 4, 2017, I started training with the former Site Supervisor, Gaylene White (White, Female). On April 13, 2017, I officially acquired the role of Site Supervisor.

(See Attached Paycheck Stubs.)

Accounts Manager Position July 2017

I have worked for this company since 2012. I have received numerous certificates in training in regards to Petrochemical. I have held a supervisory role since 2014. I have trained numerous employees in various roles such as access control, patrol, scales, and inspection.

In regards to the Accounts Manager Position, the posting of the position was given to me on July 13, 2017. All interested individuals must have their resumes and letter of interest submitted by the end of business on July 14, 2017. I was given an interview on July 26, 2017. Since I have worked at this particular site for five years, I am very familiar with the safety orientations/ protocols/regulations and requirements. Since I have worked in the Scale House as well as Access Control, I am very educated in regards to the aspects of DOT. I did mention that I am very knowledgeable of OSHA safety regulations from not only my current position but from my previous employment as well. Since the OSHA is under the umbrella of DHS, I very aware of what is required at a chemical safety operation.

It is true that there are numerous employees that are both female and black; however, the positions that those individuals currently hold are not that of Upper Management; such as Accounts Manager or Branch Manager. These positions have been held by White Male Employees since 2012 and current in El Dorado, Arkansas Division.

Case 1:18-cv-01041-SOH   Document 1   Filed 07/13/18   Page 85 of 166 PageID #: 85

# El Dorado NEWS-TIMES CLASSIFIEDS

"Reading Over 22,000 Readers Daily"

## 4 EASY WAYS TO PLACE YOUR AD

EMAIL: classifieds@eldoradonews.com

FAX: (870) 862-9482

MAIL: FREE ADS
El Dorado News-Times
Box 912 - El Dorado, AR 71731

BRING: El Dorado News Times Office
111 N. Madison - El Dorado, AR

---

distribute or distributee's attorney is: Henry C. Kinslow, Attorney for Robert Dixon, Distributee, 211 North Washington Avenue, Suite 101, El Dorado, Arkansas 71730, (870) 862-0838.

This Notice first being published on the 5th day of February, 2017.

By: Henry C. Kinslow
Attorney for Robert
Dixon, Distributee
211 North Washington
Avenue
Suite 101
El Dorado, Arkansas 71730
(870) 862-0838
hkinslow@att.net

Arkansas Bar Number 80079

**Public Notice      1007**

**PUBLIC HEARING NOTICE**

PUBLIC NOTICE is given to all persons in the City of El Dorado that the El Dorado Planning & Zoning Commission has issued a Public Hearing to discuss proposed sign regulations and proposed commercial design standards.

The hearing will be held at 12:00 noon at the Planning & Zoning Commission meeting on February 14, 2017 in the City Council Chambers of El Dorado City Hall.

---

Center 201 North Clifton Street Fordyce, AR 71742

**NOW HIRING CNAS & LPNS**

**Apply in Person At**

Courtyard
rehabilitation and health center

2415 W. Hillsboro
El Dorado, AR
(870) 875-1580

Part-Time Drivers needed for the following Central Arkansas Development Council's El Dorado, Camden & Fordyce transportation offices. Must have a valid Arkansas driver's license with safe driving record and able to work a flexible schedule, excellent oral/written communication and customer service skills required. Ability to handle, sensitive/confiden-

---

driver's license. Salary $15.00 per hour. Apply at Creative Housing, 714 W Grove, El Dorado AR. EEO.

Deadline for first consideration is February 16, 2017.

AA/EEO Employer.

**Securitas Security Services** is seeking highly motivated, well qualified, positive and professional applicants to fill position for **ACCOUNT MANAGER** in the **El Dorado** area. Qualified applicants will have the ability to manage security services and related operations at an assigned site including extensive client services and supervision of staff members. Candidates must have experience in managing a large number of staff members, knowledge of supervisory practices and procedures, ability to provide positive direction and motivate performance of his/her staff, assist with submission of payroll and other administrative duties. Other assigned duties per site/position requirements.

Candidates should possess an Associate's Degree and 3 years of responsible experience in the security industry and/or business management, or an equivalent combination of education and experience sufficient to perform the essential functions of the job, as determined by the company. Additional relevant experience can be substituted for the required education on the basis of one calendar year of experience for one academic year of education.

Qualified applicants may submit resumes either in person or per mail at Securitas Security Services, 101 Main Suite 301, El Dorado, AR 71730

Military, College Students, and Veterans are encouraged to apply.

Regulated by: Department of Arkansas State Police, 1 State Police Plaza Drive, Little Rock, AR 72209  501-618-8600
CMPY.0001241

EOE M/F/Disabilities/Vets

SECURITAS

---

CIALIZING IN THE HOT WATER WASHING OF HOUSES, DRIVEWAYS & 18 WHEELERS. Call (870)918-4547.

870-918-0769.

7 Grate Gas Heater- Thermostair. $25. 870-315-1999.

---

## El Dorado Police Department

is now taking applications for the position of

### POLICE OFFICER

Applicants must be at least 21 years of age, have a high school diploma, or GED. Applicant must pass a written exam, physical fitness test and oral interview in order to be placed on the eligibility list.

Any person interested in being a police officer may pick up an application at the El Dorado Police Dept. 402 N. West Ave.

**Application deadline is Friday, March 17, 2017 at 4:00 p.m.**

Entry Level testing will be Monday, April 03, 2017 at 6:00 p.m.

Any Questions please contact Captain Karl Nichols (or) COP Secretary, Linda Nunnally (870) 881-4800

**Equal Opportunity Employer**

---

(870) 862-6611

## Davis and Associates Auctioneers
announce the

### City and County Liquidation Auction

Saturday, Feb. 11th at 10:00 a.m.
711 S. Martin Luther King, Jr. Blvd.
El Dorado, Arkansas
(El Dorado City Shop)

Visit www.martydavisauctions.com for photos.

2006 Ford 3/4 Ton Power Stroke Diesel Truck w/101K miles
2007 Ford F-150 Truck (wrecked)
1998 Ford Crown Vic
1997 Ford Crown Vic
1998 Buick Park Avenue
1994 Ford F-350 4X4
1986 Chevy Flat Bed Truck
1999 GMC Panel Van
1988 Chevy 3500 Truck
1976 Ford F-700 Airport Fuel Truck
Reel Master 45000 Mower

Terms of Auction:
10% Buyers Premium charged on all purchases. Cash, Approved Check Credit and Debit Cards Accepted. For more information, visit www.martydavisauctions.com or call Marty (870) 866-0732, AALB #228

## RODNEY PHILLIPS

| | |
|---|---|
| **From:** | Delores Davis <deloresdavis2018@gmail.com> |
| **Sent:** | Thursday, November 30, 2017 10:18 PM |
| **To:** | RODNEY PHILLIPS |
| **Subject:** | Re: Charge 493-2017-01514 |
| **Attachments:** | Document of EEOC.docx; Newspaper Article 001.jpg |

Good Afternoon,

Attached is the additional information that I would like to provide to you in regards to my claim.

Thanks,

 Documents for EEOC 001.tif

On Tue, Nov 28, 2017 at 1:24 PM, RODNEY PHILLIPS <RODNEY.PHILLIPS@eeoc.gov> wrote:

Ms. Davis,

Enclosed with this email is a copy of the Respondent's Position Statement (without confidential attachments). By accepting these documents, you agree that you will only share the contents with persons in a privileged relationship to you, such as a spouse, clergy, or legal, medical or financial advisor.

This is your opportunity to provide additional information you feel is relevant to support your charge. If you would like to respond to what the Respondent says in its Position Statement, please do so no later than December 18, 2017.

There is no specific format required for your response. You may respond in writing or by phone. If you respond in writing, be sure to include your charge number on your correspondence. If you disagree with any of the information the Respondent has submitted, please point out specifically what you believe is incorrect and explain what you believe to have happened. Also, please give us any additional evidence or information that you have not already provided that you believe supports your case. For example, if applicable, identify any additional witnesses, their contact information, and a brief summary of what you think they will say.

Any information you provide will be taken into consideration during the investigation of your charge. We encourage you to contact us promptly with your response. Our address is listed in the letterhead and my email address is Rodney.Phillips@eeoc.gov; my direct telephone number is (501) 324-6473. I can be reached Monday through Friday between the hours 7:00 a.m. and 4:00 p.m. In the event that you do not provide a response, the Commission will assume you have no additional information to support your allegations and/or you are no longer interested in pursuing the

1

## RODNEY PHILLIPS

| | |
|---|---|
| **From:** | RODNEY PHILLIPS |
| **Sent:** | Tuesday, November 28, 2017 3:25 PM |
| **To:** | 'deloresdavis2018@gmail.com' |
| **Subject:** | RE: Charge 493-2017-01514 |
| **Attachments:** | Davis v Securitas 493-2017-01514 PS.pdf |

Ms. Davis,

Enclosed with this email is a copy of the Respondent's Position Statement (without confidential attachments). By accepting these documents, you agree that you will only share the contents with persons in a privileged relationship to you, such as a spouse, clergy, or legal, medical or financial advisor.

This is your opportunity to provide additional information you feel is relevant to support your charge. If you would like to respond to what the Respondent says in its Position Statement, please do so no later than December 18, 2017.

There is no specific format required for your response. You may respond in writing or by phone. If you respond in writing, be sure to include your charge number on your correspondence. If you disagree with any of the information the Respondent has submitted, please point out specifically what you believe is incorrect and explain what you believe to have happened. Also, please give us any additional evidence or information that you have not already provided that you believe supports your case. For example, if applicable, identify any additional witnesses, their contact information, and a brief summary of what you think they will say.

Any information you provide will be taken into consideration during the investigation of your charge. We encourage you to contact us promptly with your response. Our address is listed in the letterhead and my email address is Rodney.Phillips@eeoc.gov; my direct telephone number is (501) 324-6473. I can be reached Monday through Friday between the hours 7:00 a.m. and 4:00 p.m. In the event that you do not provide a response, the Commission will assume you have no additional information to support your allegations and/or you are no longer interested in pursuing the matter. Based on the evidence collected during the investigation, we will determine the merits of your allegations based on the collected evidence. If the evidence does not support a violation of the law, you will receive a Dismissal and Notice of Rights notifying you of our findings and your right to pursue the matter in federal court within 90 days of the dismissal.

Thank you for your cooperation.

**Rodney Phillips**
Federal Investigator
Equal Employment Opportunity Commission
820 Louisiana, Suite 200
Little Rock, AR 72201
501.324.6473 (O)
501.324.5991 (F)
rodney.phillips@eeoc.gov

From: deloresdavis2018@gmail.com [mailto:deloresdavis2018@gmail.com]
Sent: Tuesday, November 28, 2017 11:46 AM
To: RODNEY PHILLIPS <RODNEY.PHILLIPS@EEOC.GOV>
Subject: Re: Charge 493-2017-01514

1

Hello Mr. Phillips
This Delores Davis. I have an email address now. My email is deloresdavis2018@gmail.com
Is it possible to get my position statement emailed instead of mailed?
Thanks and have a nice day.

Thanks
Delores Davis
*Sent from my LG Phoenix 2, an AT&T 4G LTE smartphone*



SENT VIA ELECTRONIC SUBMISSION

November 20, 2017

Tamra Glover
U.S. Equal Employment Opportunity Commission
Little Rock Area Office
820 Louisiana, Suite 200
Little Rock, AR 72201

Re:         Delores Davis vs. Securitas Security Services USA, Inc.
            EEOC Claim No. 493-2017-01514

Dear Ms. Glover:

The Employee Relations Department of Securitas Security Services USA, Inc. (hereinafter "Securitas USA" or "the Company") has been designated as the authorized representative for the above captioned charge of discrimination.    All future correspondence regarding this matter should be addressed to Elizabeth Prater, Sr. EEO Investigator, Employee Relations Department, Securitas Security Services USA, Inc., 4330 Park Terrace Drive, Westlake Village, CA 91361.

This information is submitted without prejudice to additional facts, theories, or legal arguments that Respondent may advance at some subsequent stage of any proceeding relating to this charge.  This information is produced solely in response to this charge and is not to be used for any other matter.

*Section I*

### *Summary of Employer's Position*

Delores Davis (Claimant) alleges discrimination based on sex (Female), race (Black) and retaliated against for bringing forth concerns to the Company.

There is no evidence to support Claimant was ever subjected to any disparate or unlawful treatment. To date, Claimant is currently employed by the Company as a Scale Supervisor to one of the Company's prestigious accounts.

The Company's decisions and actions were done in good faith, free of any disparate treatment, and in accordance with all state and federal laws.

*Section II*

### *Company Background*

Securitas Security Services USA, Inc., a Delaware Corporation, provides uniformed security officer and patrol services for its clients, businesses and organizations in order to protect their employees and property. Securitas USA includes businesses that were previously operated, since 1850, by Pinkerton's, Inc. and Burns International Services Corporation. The Company's operations are based upon three fundamental values: Integrity, Vigilance and Helpfulness. These values are symbolized by the three red dots of the Company's logo and serve as a constant reminder of the Company's commitment to excellence in all aspects of employee and client relationships.

Securitas USA's officers are assigned to client sites based upon client contracts with Securitas USA. Security officers are employed by Securitas USA and not the client. When hired by Securitas USA, security officers are advised that they may be transferred, from time to time, to different client sites based on business necessity, and they acknowledge acceptance and agreement to the Company policy. Such transfers may result in varying hours, rates of pay, benefits or benefit eligibility, and/or changes in work requirements. Moreover, schedules and assignments to specific client sites are not guaranteed. Every new employee agrees to these terms and conditions of employment when hired by Securitas USA.

As a condition of employment, security officers are expected to follow Post Orders which designate the security procedures, requirements, and security job duties of each particular site. Because of the nature of security work, security officers must, among other things, maintain a professional appearance, service-oriented attitude and have acceptable attendance.

*Section III*

### *Overview of Claimant's Work History*

The Company hired Claimant as a Security Officer on July 10, 2012. Claimant is currently assigned to the El Dorado Chemical Corporation client site. *(Exhibit 1 - Job Application, Exhibit 2 – Security Officer Job Description)*

Upon hire, Claimant signed the Employment Standards Acknowledgment and the Employee Handbook Acknowledgment, confirming Claimant had read and understood all of the Company policies including the Company's disciplinary guidelines, terms and conditions of employment and avenues for reporting discrimination to the Company. *(Exhibit 3 - Signed Handbook Acknowledgements, Exhibit 4 – Grounds for Disciplinary Actions and Termination, Exhibit 5 – Terms and Conditions of Employment, Exhibit C- The Securitas Hotline Information)*

On July 31, 2014, Claimant was promoted to Scale Supervisor at the El Dorado Chemical Corporation client site, making $12.00 per hour.

On April 13, 2017, Claimant was again promoted to the position of Site Supervisor at the El Dorado Chemical Corporation client site, earning the contracted wage rate of $16.75 per hour.

During Claimant's employment she has been issued the following counseling (*Exhibit 4 - Disciplinary Action*):

- On January 6, 2014, was issued a written counseling for failing to visually verify a trailer number, in violation of Company and Client post orders.

- On May 1, 2014, Claimant was demoted from an Assistant Supervisor position due to inefficient or substandard performance issues.

- On December 6, 2016, Claimant was issued written counseling for inefficient performance of an assigned responsibility. Specifically, Claimant failed to ensure the scale station had sufficient supplies.

- On January 16, 2017, Claimant was issued a written counseling after Claimant allowed her daughter and granddaughters to visit her at the client site and for allowing her granddaughter "into the scales." In accordance with the Company's Discipline and Termination Guidelines, employees are not allowed to have personal visitors to remain at post while on duty.

- On June 30, 2017, Claimant was issued a verbal counseling from the Area Vice President for failing to adhere to the Uniform and Appearance standards at the El Dorado Chemical client site. As a Site Supervisor, it was expected that Claimant follow and enforce Company policy at all times.

- On July 10, 2017, Claimant was issued a verbal counseling for her failure to follow proper protocol by contacting upper management and Human Resources outside of regular office hours for a non-emergency.

- On September 15, 2017, Claimant was issued a final written counseling for failing to follow post orders. Specifically, Claimant allowed a truck driver to dump chemicals into a cardboard box on the scales at access control in order to lessen his truck's weight, since he was 40 lbs. over the weight limit. PM Shade Humphries and (AM) Account Manager Adam Hall counseled Claimant.

  During her counseling, Claimant blamed her training and stated her actions were "how it has always been done". Subsequently, AM Hall contacted each scale guard to see how they would handle a situation like that. Each guard stated they had been trained to make the truck turn around and unload the excess in the proper area of the plant, and that Claimant had trained them to do it that way.

**Section IV**

## Policies, Procedures, and Awards

### A.    Equal Employment Opportunity/Affirmative Action Policy

Securitas Security Services USA, Inc. is a federal contractor under the provisions of Executive Order 11246 and supports Equal Employment Opportunity in all aspects of the employment relationship. Securitas USA has well defined and publicized policies and procedures which require that the Company recruit, hire, train and promote persons in all job titles without regard to race, color, creed, religion, sex, sexual orientation, gender, marital status, or citizenship status, disability, age, national origin, veteran status, status with regard to public assistance or any other protected group status. The Company has also been recognized and nominated twice by the U.S. Department of Labor's Office of Federal Contract Compliance Programs (OFCCP) for the Agency's Exemplary Voluntary Efforts Award. *(Exhibit A- EEO Information & 2003 EVE Award Recognition Letter and 2008 EVE Award Nomination Letter)*

### B.    Policy against Discrimination, Harassment, and Retaliation

The Company has well defined and published policies and procedures which prohibit unwelcome verbal or physical conduct, or advances of a sexual nature or any harassment based on gender, sex, sexual orientation, pregnancy, race, religion, national origin, age, disability or other protected characteristic, which is a violation of local, state and/or federal law. All discrimination, sexually harassing or offensive conduct in the workplace, whether committed by a Securitas USA employee, client employee, or agent is prohibited. All employees share in the responsibility to report any actions or words which they believe constitute unwelcome harassment to their immediate supervisors, a human resources representative, branch management, or the Securitas Hotline. Company policy prohibits retaliation against any person who reports a complaint in good faith or for filing, testifying, assisting or participating in any investigation or proceeding conducted by the Company or a government enforcement agency. *(Exhibit B- Policy Against Discrimination and Harassment)*

### C.    Internal Complaint Resolution Resource – The Securitas Hotline

The Securitas Hotline is a communications hotline for all Securitas USA employees that operates 24 hours per day, 7 days per week. Securitas USA contracts with a service organization to make available a toll free phone number, (800) 574-8637, and website, www.securitashotline.com, by which employees may report to the Company, in a confidential manner, situations that may adversely impact the Company, its clients, or its employees. Employees may remain anonymous if they choose to do so.

Calls are answered by a trained communication specialist, employed by the third party administrator, who records the caller's concerns and then routes the information to the appropriate Securitas USA contact for research, investigation and response.

Delores Davis vs. Securitas Security Services USA, Inc.
EEOC Claim No. 493-2017-01514

Page 4 of 4

Information regarding Securitas Hotline is provided in the Employee Handbook and at employee orientation and training meetings. Wallet cards and informational brochures are also distributed. *(Exhibit C- The Securitas Hotline Information)*

*Section V*

### *Answer to Charges Point by Point*

**I was hired on July 11, 2012, and my current position is Scale Guard Supervisor.**

Claimant was hired by the Company as a Security Officer on July 10, 2012. Claimant's current position is as Scale Supervisor at the El Dorado Chemical client site.

**I applied for a promotion to Accounts Manager in February 2017, and a less-qualified White male was selected.**

Deny. The Company has no record or knowledge of there being an Account Manager position available in February 2017, for which Claimant or any other individual would have been able to apply.

**I submitted a resignation on March 28. I was asked by the VP what it would take for me to stay and we agreed on a pay raise.**

Claimant voluntarily submitted her resignation from the Company in February 2017. Upon notice, the former Branch Manager Steven Robinson spoke with Claimant and asked Claimant if she would be interested in staying with the Company if they were able to negotiate with the El Dorado Chemical client site a $.75 per hour contracted increase. Claimant stated she would accept this offer. Subsequently effective February 24, 2017, Claimant's contracted wage rate was increased from $12.00 to $12.75 per hour.

**I was told on July 13th that the Site Supervisor (position I was holding) was being upgraded to Accounts Manager and I had 20 minutes to post the job and all employees would be considered the next day. I interviewed, but again another less-experienced White male was selected and I was demoted.**

On July 13, 2017, Branch Manager (BM) Shade Humphries informed Claimant that her position at the El Dorado Chemical client site was being eliminated, and that they were adding an Account Manager position to the site. BM Humphries requested Claimant post the Account Manager job opening on the billboards at the site by the end of that business day. At this time, Claimant was informed she, too, could apply for the new Account Manager position and that if she was interested she needed to submit her statement of interest to the Company. However, Claimant was not informed all candidates would be considered the following day.

The Account Manager position required the individual applying to possess qualities which included, but are not limited to, strong leadership skills, operational management

Delores Davis vs. Securitas Security Services USA, Inc.
EEOC Claim No. 493-2017-01514                                   Page 5 of 5

experience, and the ability to maintain and track employees' schedules. As the El Dorado Chemical client site is heavily monitored and regulated by the US Government, the individual assigned to this position would also need to possess knowledge regarding government entities such as OSHA (Occupational Safety and Health Administration), DHS (Department of Homeland Security) and the DOT (Department of Transportation). *(Exhibit 5 – Account Manager Job Description)*

On July 14, 2017, Claimant submitted her statement of interest for the Account Manager position. On July 26, 2017, Claimant was interviewed for the Account Manager position. The only other person who applied and was interviewed for this position was Adam Hill (White, Male). The decision was made to hire Adam Hill; this decision was based on Mr. Hill's 7 years of operational management experience, which included experience as a Regional Account Manager, and as a Maintenance Operations Manager. Additionally, in his interview, Mr. Hill displayed extensive knowledge regarding government entities such as DHS, OSHA, and the DOT. Therefore, the decision was made to hire Mr. Hill into the role of Account Manager for the El Dorado client site, due to his extensive management experience and his previous experience as an Account Manager.

In contrast with Mr. Hill, Claimant only had 3 months' experience holding the responsibilities of a Site Supervisor. In his interview, BM Humphries stated that when he interviewed Claimant for the Account Manager position, she was unable to provide critical knowledge regarding OSHA, DHS, or DOT. BM Humphries also stated in his interview that he verbally counseled Claimant during her time as Site Supervisor on multiple issues which include: not adhering to the Company's uniform standards, improperly scheduling individuals at the site, and not disciplining site staff under her supervision properly. Area Vice President Leslie Osborne also issued Claimant a verbal counseling on June 30, 2017, because Claimant and others under Claimant's supervision at the site were in violation of the Company's Uniform and Appearance standards while on duty at the site.

In order to keep Claimant working, the Company offered to provide Claimant with her previous Scale Supervisor position, which she accepted. In a good faith effort, instead of paying Claimant her previous rate of $12.75 per hour at this assignment, the Company gave Claimant a $2.00 per hour increase to $14.75 instead. *(Please Refer to Exhibit 5 – Account Manager Job Description, Exhibit 6 – Adam Hill Application and Resume, Exhibit 7 – Claimant's Resume and Statement of Interest)*

**I heard that a plant supervisor commented that he preferred males.**

Deny. Claimant has never reported to the Company her concerns that the El Dorado Chemical client preferred males, nor have any similar reports been received by the Company regarding the El Dorado Chemical client. Furthermore, at no time prior to this administrative charge did Claimant ever report she was being disparately treated due to her protected class of sex (Female), or for any other unlawful reason. Of note, the individual who made the decision to hire Mr. Hill as the Account Manager for the El Dorado Chemical client site is within Claimant's protected class of sex (Female).

Notably, the individual who was previously assigned as the Site Supervisor at the El Dorado Chemical client site prior to Claimant was within Claimant's protected class of sex (Female).

**The plant has only one female supervisor (HR).**

The Company is unaware of the alleged individual Claimant is referring to. The Company is not involved in making hiring decisions for the El Dorado Chemical client.

**I also applied for a plant position, but my director said he heard I was trying to leave, but the company needed me more.**

The Company is unaware of the "plant position" Claimant is referencing in this allegation, or the "director" she references in this allegation.

**I complained to the Hotline.**

On November 29, 2016, Claimant brought forth concerns to Company management alleging a violation of Company policy. Specifically, Claimant alleged the previous Site Supervisor Gaylene White (White, Female) at the El Dorado Chemical client site, was not properly training Claimant. Of note, this complaint was not related to this issues brought forth in Claimant's administrative charge, and did not include allegations of Claimant being treated differently based on any protected characteristic.

Upon notice, Claimant's concern was immediately investigated by Area Vice President (AVP) Leslie Osborne (White, Female) and HRM Becky Fridell (White, Female).

During the investigation it was found that Supervisor White had been directed by the Branch Management to train Claimant on the duties of a supervisor so that Claimant could be utilized as a temporary back-up during Ms. White's absence. Since Supervisor White had not followed Branch Management's directive, she was subsequently coached and reminded of the need to provide training Claimant on supervisory functions so that Claimant would be able to step into the role in her absence. Important to note, at no time did Claimant ever allege she felt her concerns was the result of being disparately treated based on her sex, race, or for any protected class.

Claimant's concerns were addressed and Supervisor White provided Claimant with the required training. Since then, there were no further concerns reported. Furthermore, Claimant suffered no adverse employment action as a result of bringing forth her concerns to the Company.

**I was called in about August 21 and told it had been reported that I was not happy and was being a disgruntled employee.**

Deny. On August 4, 2017, BM Humphries received concerns from the client at the El Dorado Chemical client site, alleging Claimant had been discussing her personal life with

the truck drivers who visited the El Dorado Chemical site. The client requested for the Company to remind Claimant to keep her conversations professional and limited to site operations while she was on duty at the El Dorado Chemical client site.

Of note, Claimant's primary function as a Scale Supervisor at the El Dorado Chemical client site is to provide access control to the truck drivers who deliver materials to the site. At no time is it acceptable for officers assigned to the El Dorado client site to discuss their personal lives with client vendors.

BM Humphries did meet with Claimant and advised her of the client's concerns and encouraged Claimant to bring forth any questions or concerns she may have about the site operation to Company management so they could appropriately address her concerns. BM Humphries denies ever telling Claimant she was being "a disgruntled employee".

**I was not given a reason for not being selected.**

Deny. It was explained to Claimant on multiple occasions that the Account Manager position required someone who possessed extensive operational management experience. Therefore, the position was given to someone who possessed seven years of operational management experience, strong leadership skills, and who is knowledgeable regarding government entities such as OSHA, DHS, and DOT.

**I believe I was not promoted and was demoted because of my sex (female), race (black); I also believe I was harassed in retaliation for filling a charge; all in violation of Title VII of the Civil Rights Act of 1964, as amended.**

Deny. There is no evidence Claimant was subjected to disparate treatment of any kind. Please consider the following information:

- The individual who made the decision to hire Adam Hill as the Account Manager for the El Dorado Chemical client site is within Claimant's protected class of sex (Female)
- The individual who was previously assigned to the El Dorado Chemical client site was within Claimant's protected class of sex (Female).
- 49% of individuals assigned out of the El Dorado, Arkansas branch office are within Claimant's protected class of race (Black).
- 59% of individuals assigned to the El Dorado Chemical client site are within Claimant's protected class of race (Black).
- 64% of individuals assigned out of the El Dorado, Arkansas branch office are within Claimant's protected class of sex (Female).
- 73% of individuals assigned to the El Dorado Chemical client site are within Claimant's protected class of sex (Female).

*Section III*

### *Conclusion and Request for Dismissal*

There are no facts or evidence which support Claimant's allegations that she was subjected to disparate treatment based on her protected class of sex, (Female) race (Black) or retaliated against for engaging in a protected activity. The Company respectfully requests this charge be dismissed as unsubstantiated in law or in fact.

Please refer to this position statement and all attached Exhibits in regards to the agency's request for additional information.

If you require any additional information, please do not hesitate to contact me.

Respectfully submitted,

Elizabeth Prater
Employee Relations, Sr. EEO Investigator
Elizabeth.Prater@securitasinc.com
Phone: 818-706-5751
Fax: 818-706-5037

## VIRGINIA POLLARD

| | |
|---|---|
| **From:** | VIRGINIA POLLARD |
| **Sent:** | Tuesday, November 28, 2017 7:14 AM |
| **To:** | 'deloresdavis2018@gmail.com' |
| **Subject:** | Charge No. 493-2017-01514, Securitas |

November 28, 2017

Hello, Delores,

Just double checking to make sure I heard your email address correctly.

Virginia Pollard
Enforcement Supervisor

1

28 17 09:01p    Barton Jr High Guidance    870#86445057    p.1

## Guard Shack

| | |
|---|---|
| **From:** | Carl E. Bradley |
| **Sent:** | Wednesday, August 23, 2017 8:33 AM |
| **To:** | _All EDA Arkansas Employees |
| **Subject:** | Securitas Supervisors |

Join me in welcoming Adam Hill as the new Securitas Site Supervisor and Delores Davis as Securitas Scale House Supervisor. Please give Adam and Delores your support as they take on their new roles at EDC.

Thanks,
Carl

Carl Bradley
El Dorado Chemical Co.
Transportation & Logistics Manager
870-863-1424 - Office

1

**SECURITAS**

## Memo:

Due to changes coming to El Dorado Chemical from DHS, we have decided to bring on an Account Manager for the site. Starting today, August 2, 2017, Adam Hill will be taking over as the Account Manager for El Dorado Chemical. Beginning Friday, August 4, 2017, Delores Davis will transition to the position of Scales Supervisor. If you have any questions, contact Shade Humphries at 870-863-4877.

*Securitas* Security
*Services* USA, Inc.
101 West Main
Suite 301
El Dorado, AR 71730

Phone    870-863-4877
Fax       870-863-2117
www.securitasinc.com

Aug 28 17 09:01p     Barton Jr High Guidance     870#864#5057     p.3





**U.S. Equal Employment Opportunity Commission**
**Little Rock Area Office**

820 Louisiana
Suite 200
Little Rock, AR 72201
(501) 324-5060
TTY (501) 324-5481
Fax: (501) 324-5991

Respondent: SECURITAS SECURITY SERVICES USA
EEOC Charge No.: 493-2017-01514

August 30, 2017

Delores A. Davis
P.O. Box 10352
El Dorado, AR 71730

Dear Ms. Davis:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

- [ X ]  Title VII of the Civil Rights Act of 1964 (Title VII)

- [  ]  The Age Discrimination in Employment Act (ADEA)

- [  ]  The Americans with Disabilities Act (ADA)

- [  ]  The Equal Pay Act (EPA)

- [  ]  The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

- (1)  Review the enclosed charge form and make corrections.

- (2)  Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

- (3)  Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process. If you have any questions, please call me at the number listed below. If you have to call long distance, please call collect.

Sincerely,

Kenneth Collins
Intake Supervisor
(501) 324-5522

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov

Enclosure(s)
Copy of EEOC Form 5, Charge of Discrimination
Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.   **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.   **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.   **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.   **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.   **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St , Suite 200
Little Rock, AR 72201
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
TTY (501) 324-5481
FAX (501) 324-5991

August 21, 2017

Securitas
EEOC No. 493-2017-01514

Delores Davis
PO BOX 10352
El Dorado, AR 71730

Dear Ms. Davis:

Your correspondence concerning allegations of employment discrimination by the respondent named above has been reviewed.  The information you gave us is not enough to determine how we should handle this case.  More information is needed before we can continue.  Our experience is that an interview is the best way to obtain the needed information.  Please call us as soon as possible.  The interview might be conducted in person or by telephone.  Whether in person or by phone, the interview can take up to one hour or more.

To arrange an interview, please call me upon receipt of this letter.  If you have to call long distance, please call collect.

Please contact me as soon as possible because charges of employment discrimination must be filed within the time limits imposed by law.  When you call, please use the "EEOC No." listed at the top of this letter and mention that you are responding to this request for an interview.  If you get my voice mail, leave a day time telephone number where I can call you back.

IF WE HAVE NOT HEARD FROM YOU WITHIN 10 DAYS OF THIS LETTER, WE WILL ASSUME THAT YOU DID NOT INTEND TO PROCEED.

Sincerely,

*Rodney Phillips*

Rodney Phillips, EEOC Investigator
(501) 324-6473

If you need special assistance because of a disability, please inform us so that we may accommodate your needs.

www.eeoc.gov



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR 72201
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
FAX (501) 324-5991

Please read, initial each line, and sign at the bottom of the page acknowledging that each item has been discussed with you by the Investigator, and he/she has answered all of your questions.

_____ Informed of my right to file a charge of discrimination: Given a brief verbal outline of the investigative process including the types of evidence needed to properly investigate my charge, and that my charge may be dismissed without additional investigation. Given a brief explanation of EEOC's mediation program and the reason for the mediation invitation.

_____ Informed that my charge will be served on the employer within 10 days from today. Informed that I may not be contacted by an Investigator for several weeks from today, and that the completion of the processing of my charge may take several months.

_____ Informed of my right to retain an attorney, informed that the EEOC must receive a Letter of Representation from the attorney, and informed that upon receipt of the letter the EEOC will only communicate with the attorney of record unless otherwise authorized by the attorney.

_____ Informed with respect to what will happen if the EEOC finds that I have or have not been a victim of discrimination.

_____ Informed of the importance of my obligation during the investigation of my charge to keep the Investigator informed of all changes of address, telephone number, contact person(s), and or/my whereabouts as soon as possible.

_____ Informed and provided a copy of the handout indicating the importance of keeping your documents both paper and electronic.

_____ Informed that if my charge reaches the investigative stage of the EEOC's process and the Respondent's statement of position has been received, I may request a copy of the position statement.

8-30 17
_____
Date

Discussed a Phone rf
_____
Charging Party



# WHAT YOU SHOULD DO
# AFTER YOU HAVE FILED A CHARGE WITH EEOC

## ➤ KEEP YOUR DOCUMENTS – BOTH PAPER AND ELECTRONIC

Now that you have filed an EEOC charge, you must keep anything that might be evidence related to your charge. This includes *all* documents, communications, and electronic information that are potentially related to your EEOC charge, including the harm caused by the discrimination, and all records of your communications with the EEOC. Even if you are not sure whether the information is relevant to your discrimination claim, please do not throw it away or delete it.

---

### ➤ WHAT INFORMATION MUST YOU KEEP?

- Paper documents, such as:
  - Employee manuals, pay stubs, work schedules
  - Letters, memos, your notes
  - Pictures, drawings, charts, whether or not they contain words
- Electronic information, such as:
  - E-mails, text messages, tweets, and social media posts and pictures
  - Voice messages, video and sound recordings
  - Word processing documents, electronic calendar entries
- Electronic memory on devices or the devices themselves, such as:
  - Memory on computers, laptops, tablets, cell phones
  - Computers, laptops, tablets, cell phones
  - Do not delete, replace, alter, "wipe," or "clear" your computer hard drive, electronic tablet, or cell phone, and do not change or remove Internet posts, without retaining an electronic copy. If you dispose of any old computers, phones or devices, make sure you make and keep an electronic copy of all potentially relevant information on the device.
- These are some examples and not a complete list.
- If you have questions about what you should or should not do, please contact your investigator.

---

*Why must you keep this information?* It might be evidence related to your charge. We are required by the courts to ensure that all potentially relevant information is retained. Please note that failure to keep these records may cause you to lose your case, or to lose the right to recover money lost due to the discrimination.

*What happens to your information?* Your investigator will discuss with you what information is needed by the EEOC to investigate your charge. Information that you provide that happens to be private or personal in nature will not be disclosed by the EEOC during its investigation, and if the EEOC files suit on your charge, we will do our best to keep such information out of the court proceedings.

*Please see page 2 for additional important information.*

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 493-2017-01514 |
| | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Delores A. Davis | (870) 814-0734 | 1969 |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 10352, El Dorado, AR 71730 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SECURITAS SECURITY SERVICES USA | 15 - 100 | (870) 863-4877 |

| Street Address | City, State and ZIP Code |
|---|---|
| 101 West Main, El Dorado, AR 71730 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-08-2017    Latest: 08-22-2017

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired July 11, 2012, and my current position is Scale Guard Supervisor. I applied for promotion to Accounts Manager in February 2017, and a less-qualified White male was selected. I submitted a resignation on March 28. I was asked by the VP what it would take for me to stay and we agreed on a pay raise. I was told on July 20 that the Site Supervisor (position I was holding) was being upgraded to Accounts Manager and I had 20 minutes to post the job and all employees would be considered the next day. I interviewed, but again another less-experienced White male was selected and I was demoted. I heard that a plant supervisor commented that he preferred males. The plant has only one female supervisor (HR). I also applied for a plant position, but my director said he heard I was trying to leave, but the company needed me more. I complained to the Hotline. I was called in about August 21 and told it had been reported that I was not happy and was being a disgruntled employee.

I was not given a reason for not being selected.

I believe I was not promoted and was demoted because of my sex (female) and race (Black); I also believe I was harassed in retaliation for filing a charge; all in violation of Title VII of the Civil Right Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Date          Charging Party Signature

EEOC FORM 131 (11/09)

## U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Ms. Sabrina S. Wesley<br>Manager EEO Investigations<br>SECURITAS SECURITY SERVICES USA<br>4330 Park Terrace Dr<br>Westlake Village, CA 91361 | Delores A. Davis |
| | THIS PERSON (check one or both) |
| | [X] Claims To Be Aggrieved |
| | [ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>493-2017-01514 |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources  If you would like to participate, please say so on the enclosed form and respond by to

If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| Kenneth Collins,<br>Intake Supervisor | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201<br>Fax: (501) 324-5991 |
|---|---|
| EEOC Representative | |
| Telephone  (501) 324-5522 | |

Enclosure(s)  [ ] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] Race   [ ] Color   [X] Sex   [ ] Religion   [ ] National Origin   [ ] Age   [ ] Disability   [ ] Retaliation   [ ] Genetic Information   [ ] Other

ISSUES: Demotion, Wages

DATE(S) (on or about):  EARLIEST: 08-04-2017    LATEST: 08-04-2017    And Continuing

A perfected charge (EEOC Form 5) will be mailed to you once it has been received from the Charging Party. Please send an email to LRAO.INTAKE@EEOC.GOV with the name, title, and email address of your organization's designated representative for EEOC matters.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| August 16, 2017 | William A. Cash, Jr.,<br>Area Office Director | |

*Enclosure with EEOC
Form 131 (11/09)*





## INFORMATION ON CHARGES OF DISCRIMINATION

### EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

Section 1602.14  Preservation of records made or kept. . . . . Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge*, for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 207(f) of GINA, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

### NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.



07 17 06:03p        Della                                    9-986-4730        p.1

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.

493-2017-01514

1.   **Personal Information**

Last Name: Davis                    First Name: Delores              MI: A

Street or Mailing Address: P. O. Box 10352                          Apt Or Unit #:

City: El Dorado              County: Union              State: Arkansas      ZIP: 71730

Phone Numbers: Home: ( 870 ) 814-0734            Work: ( 870 ) 863-1492

Cell: ( 870 ) 814-0734          Email Address:

Date of Birth: 7/6/1969      Sex: Male ☐  Female ☒    Do You Have a Disability?  ☐ Yes  ☒ No

Please answer each of the next three questions.    i. Are you Hispanic or Latino?  ☐ Yes  ☒ No

ii. What is your Race? Please choose all that apply.  ☐ American Indian or Alaska Native  ☐ Asian  ☐ White

☒ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?  United States

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: Della Davis                    Relationship: Sister

Address: 3046 Bethel Church Rd.        City: Lillie          State: LA  Zip Code:  71256

Home Phone: ( 318 ) 986-4730    Other Phone: ( 870 ) 314-0339

2.   I believe that I was discriminated against by the following organization(s): (Check those that apply)

☒ Employer  ☐ Union  ☐ Employment Agency  ☐ Other

RECEIVED AUG 15 2017 U.S. EEOC LRAO

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported. If more than one employer is involved, attach additional sheets.

Organization Name: Securitas

Address: 101 West Main Suite 301                    County: Union

City: El Dorado        State: AR  Zip:  71730      Phone: ( 870 ) 863-4877

Type of Business: Security            Job Location if different from Org. Address: 4500 North West Ave., El Dorado, AR

Human Resources Director or Owner Name: Shade Humphreys/ Becky Fridell        Phone: 870-863-4877

Number of Employees in the Organization at All Locations: Please Check (√) One

☐ Fewer Than 15  ☐ 15 - 100  ☐ 101 - 200  ☒ 201 - 500  ☐ More than 500

3.   Your Employment Data (Complete as many items as you can)    Are you a Federal Employee?  ☐ Yes  ☒ No

Date Hired: 7/11/2012              Job Title At Hire: Scale Guard

Pay Rate When Hired: $10.50              Last or Current Pay Rate: $16.75 for 90 days/ Present-$14.75

Job Title at Time of Alleged Discrimination: Site Supervisor      Date Quit/Discharged:

Name and Title of Immediate Supervisor: Shade Humphreys-Branch Manager/ Lesley Reed Osborne-Area VP

2

If Job Applicant, Date You Applied for Job 7/13/2017 _____   Job Title Applied For Accounts Manager _____

**4.  What is the reason (basis) for your claim of employment discrimination?**
*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race   ☒ Sex   ☐ Age   ☐ Disability   ☐ National Origin   ☐ Religion   ☐ Retaliation   ☐ Pregnancy   ☐ Color (typically a difference in skin shade within the same race)   ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing   ☐ ii. family medical history   ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain). _____

**5.  What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

A) Date: 8/4/2017               Action: Demoted from Site Supervisor to Scale Guard Supervisor

_____

Name and Title of Person(s) Responsible: Shade Humphreys- Branch Manager

B) Date:                    Action:

_____

Name and Title of Person(s) Responsible: _____

**6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
The position that I currently held prior to 8/4/2017 was of site supervisor.  This position has been eliminated and replaced with that of accounts manager. Both positions require that the same responsibilities; however, the accounts manager has some duties beyond those required of the site supervisor,  I was not aware of the change of the title of the position that I currently held nor of the fact that the accounts manager position would have to be applied for prior to 7/14/17. On 7/13/17 at 3:10 Shade Humphreys presented to me an

**7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**
I have been told on numerous occasions how valuable and great of an employee I was. However, I was given less than 24 hours to turn in my application, resume, and cover letter for the position of accounts manager. On 7/26/17, I was called around 12 and told to come to the main office to meet with Shade Humphreys at 3. Upon arrival, I was told that he was interviewing me for the accounts manager position which the interview was less than 5 minutes. Becky Fridell was present for the interview. On 8/1/2017,

**8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Adam Hill | Caucasian, Male | Accounts Manager |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
|  |  |  |

Description of Treatment

Cont'd.

Question 6

Application for the position of accounts manager I was told that the application had to be completed and submitted by the deadline of 7/14/17. I must include a resume and cover letter with my application. This position was not posted so I had no prior knowledge of what was occurring until Shade brought me the application. I submitted all necessary documents. On 8/1/2017, Shade Humphreys came to my office and told me that Adam Hall would be the accounts manager and that I would be demoted to Scale Guard Supervisor. Along with the demotion, I would also receive a reduction in pay from $16.75 to $14.75. The person who replaced me in the new position of accounts manager formally site supervisor was a white male. I have been employed for 5 years at this company and have held the current position for 90 days. I was not given a fair and equal opportunity to acquire the current position. I was performing all of the duties and have been praised by the client company and its employees for the job performance that I exhibited. I do believe that had I been a white male I would have been simply been given a new title and allowed to keep my current position. This is not the first time that I have been discriminated against when trying to obtain a higher position that also has a higher pay. I applied for an accounts manager position in February of this year and it too was filled with a white male.

Question 7

Shade Hunphreys informed me that Adam Hall would be the accounts manager. I was told that I would be demoted to Scale Guard Supervisor and would have a reduction in pay. I was not told as to why I did not acquire the accounts manager position. I have not been given any reprimands in regards to my work performance or work ethic. I have been told on numerous occasions that the client that we service has been very pleased with my performance and has seen a great difference since I had acquired the position of Site Supervisor. I meet all of the requirements listed on the accounts manager job summary form.

Question 8

Since Adam Hall has acquired the position of accounts manager, he has been provided with hands on training. He was even provided personal training from another accounts manager Shannon from a different site. When I acquired the position of site supervisor, I was left to defend for myself. I was not given special training or assistance with any of the forms, payroll, or job duties that I was required to perform.

3

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9.  Please check all that apply:

☐   Yes, I have a disability

☐   I do not have a disability now but I did have one

☐   No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?

Yes ☐    No ☐

If "Yes," what medication, medical equipment or other assistance do you use?

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?

Yes ☐    No ☐

If "YES", when did you ask? _____    How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

Describe the changes or assistance that you asked for:

How did your employer respond to your request?

4

13.  Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| A.  Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Velmecia Russell | Access Control Guard | 870-863-1442 |

What do you believe this person will tell us?

| B.  Full Name | Job Title | Address & Phone Number |
|---|---|---|
| LaBreshia Cage | Scale Guard | 870-863-1492 |

What do you believe this person will tell us?

14.  Have you filed a charge previously in this matter with EEOC or another agency?      Yes ☐    No ☒

15.  If you have filed a complaint with another agency, provide name of agency and date of filing:

16.  Have you sought help about this situation from a union, an attorney, or any other source?    Yes ☐    No ☒
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

Box 1    ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

Box 2    I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination
☒ information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____            8/4/17
Signature                                   Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1.  FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08).
2.  AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S C  § 626. 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3.  PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4.  ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5.  WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

LRAO EEOC

MATERIAL ANALYZED:Statement of Position

CHARGE NUMBER: _____ TAB D



October 13, 2017

**Rita Barnes**
**Equal Employment Opportunity Commission**

Re: **Delores Davis**

Charge Number: **493-2017-01514**

Dear Rita Barnes:

The Employee Relations Department of Securitas Security Services USA, Inc. is the authorized respondent for the above captioned charge. Please be assured we take our responsibility to investigate and respond to these allegations in a timely manner very seriously.

A review of the charge reveals Claimant has made multiple allegations, each with varying levels of complexity. I am currently making every effort to thoroughly investigate each of Claimant's allegations. At this time, I respectfully request an extension until November 3, 2017, in order provide the agency with a response that is thorough in facts and evidence.

If you have any questions or concerns regarding the Company's request for extension, please feel free to contact Elizabeth Prater directly. Otherwise, we will upload our response by that date.

The contact person in our office for this charge will be Elizabeth Prater who may be reached via email at Elizabeth.prater@securitasinc.com, phone at 818-706-5751 or fax at 818-706-5037

Thank you in advance for your consideration.

Sincerely,

Elizabeth Prater
Sr. EEO Investigator
Securitas Security Services USA, Inc.

Securitas Security Services USA, Inc.
Employee Relations, 4330 Park Terrace Drive Westlake Village, CA 91361, USA
Phone 818-706-4185 Fax 818-706-5037
www.securitasinc.com



November 3, 2017

**Rita Barnes**
**Equal Employment Opportunity Commission**

Re: Delores Davis

Charge Number: **493-2017-01514**

Dear Rita Barnes:

The Employee Relations Department of Securitas Security Services USA, Inc. is the authorized respondent for the above captioned charge. Please be assured we take our responsibility to investigate and respond to these allegations in a timely manner very seriously.

On October 13, 2017, we requested an extension for our response to this charge to November 3, 2017. Since this time, it has become necessary to conduct additional witness interviews, in order to provide the agency with a response that is thorough in facts and evidence. Please be assured that I am making every effort to submit our response to this charge in a timely manner. At this time, I respectfully request an extension until no later than November 20, 2017, in order to provide the agency with a response that is thorough in facts and evidence.

If you have any questions or concerns regarding the Company's request for extension, please feel free to contact Elizabeth Prater directly. Otherwise, we will upload our response by that date.

The contact person in our office for this charge will be Elizabeth Prater who may be reached via email at Elizabeth.prater@securitasinc.com, phone at 818-706-5751 or fax at 818-706-5037

Thank you in advance for your consideration.

Sincerely,

Elizabeth Prater
Sr. EEO Investigator
Securitas Security Services USA, Inc.

Securitas Security Services USA, Inc.
Employee Relations, 4330 Park Terrace Drive Westlake Village, CA 91361, USA
Phone 818-706-4185 Fax 818-706-5037
www.securitasinc.com

VPOLLAR.LITTAO.EEOC

# VPOLLAR.LITTAO.EEOC

📰Delores Davis v. Securitas Position Statement.pd
🕐11/27/17   02:54 PM



SENT VIA ELECTRONIC SUBMISSION

November 20, 2017

Tamra Glover
U.S. Equal Employment Opportunity Commission
Little Rock Area Office
820 Louisiana, Suite 200
Little Rock, AR 72201

Re:      Delores Davis vs. Securitas Security Services USA, Inc.
         EEOC Claim No. 493-2017-01514

Dear Ms. Glover:

The Employee Relations Department of Securitas Security Services USA, Inc. (hereinafter "Securitas USA" or "the Company") has been designated as the authorized representative for the above captioned charge of discrimination.    All future correspondence regarding this matter should be addressed to Elizabeth Prater, Sr. EEO Investigator, Employee Relations Department, Securitas Security Services USA, Inc., 4330 Park Terrace Drive, Westlake Village, CA 91361.

This information is submitted without prejudice to additional facts, theories, or legal arguments that Respondent may advance at some subsequent stage of any proceeding relating to this charge.  This information is produced solely in response to this charge and is not to be used for any other matter.

*Section I*

### Summary of Employer's Position

Delores Davis (Claimant) alleges discrimination based on sex (Female), race (Black) and retaliated against for bringing forth concerns to the Company.

There is no evidence to support Claimant was ever subjected to any disparate or unlawful treatment. To date, Claimant is currently employed by the Company as a Scale Supervisor to one of the Company's prestigious accounts.

The Company's decisions and actions were done in good faith, free of any disparate treatment, and in accordance with all state and federal laws.

## Section II

### Company Background

Securitas Security Services USA, Inc., a Delaware Corporation, provides uniformed security officer and patrol services for its clients, businesses and organizations in order to protect their employees and property. Securitas USA includes businesses that were previously operated, since 1850, by Pinkerton's, Inc. and Burns International Services Corporation. The Company's operations are based upon three fundamental values: Integrity, Vigilance and Helpfulness. These values are symbolized by the three red dots of the Company's logo and serve as a constant reminder of the Company's commitment to excellence in all aspects of employee and client relationships.

Securitas USA's officers are assigned to client sites based upon client contracts with Securitas USA. Security officers are employed by Securitas USA and not the client. When hired by Securitas USA, security officers are advised that they may be transferred, from time to time, to different client sites based on business necessity, and they acknowledge acceptance and agreement to the Company policy. Such transfers may result in varying hours, rates of pay, benefits or benefit eligibility, and/or changes in work requirements. Moreover, schedules and assignments to specific client sites are not guaranteed. Every new employee agrees to these terms and conditions of employment when hired by Securitas USA.

As a condition of employment, security officers are expected to follow Post Orders which designate the security procedures, requirements, and security job duties of each particular site. Because of the nature of security work, security officers must, among other things, maintain a professional appearance, service-oriented attitude and have acceptable attendance.

## Section III

### Overview of Claimant's Work History

The Company hired Claimant as a Security Officer on July 10, 2012. Claimant is currently assigned to the El Dorado Chemical Corporation client site. *(Exhibit 1 - Job Application, Exhibit 2 – Security Officer Job Description)*

Upon hire, Claimant signed the Employment Standards Acknowledgment and the Employee Handbook Acknowledgment, confirming Claimant had read and understood all of the Company policies including the Company's disciplinary guidelines, terms and conditions of employment and avenues for reporting discrimination to the Company. *(Exhibit 3 - Signed Handbook Acknowledgements, Exhibit 4 – Grounds for Disciplinary Actions and Termination, Exhibit 5 – Terms and Conditions of Employment, Exhibit C- The Securitas Hotline Information)*

On July 31, 2014, Claimant was promoted to Scale Supervisor at the El Dorado Chemical Corporation client site, making $12.00 per hour.

On April 13, 2017, Claimant was again promoted to the position of Site Supervisor at the El Dorado Chemical Corporation client site, earning the contracted wage rate of $16.75 per hour.

During Claimant's employment she has been issued the following counseling *(Exhibit 4 - Disciplinary Action):*

- On January 6, 2014, was issued a written counseling for failing to visually verify a trailer number, in violation of Company and Client post orders.

- On May 1, 2014, Claimant was demoted from an Assistant Supervisor position due to inefficient or substandard performance issues.

- On December 6, 2016, Claimant was issued written counseling for inefficient performance of an assigned responsibility. Specifically, Claimant failed to ensure the scale station had sufficient supplies.

- On January 16, 2017, Claimant was issued a written counseling after Claimant allowed her daughter and granddaughters to visit her at the client site and for allowing her granddaughter "into the scales." In accordance with the Company's Discipline and Termination Guidelines, employees are not allowed to have personal visitors to remain at post while on duty.

- On June 30, 2017, Claimant was issued a verbal counseling from the Area Vice President for failing to adhere to the Uniform and Appearance standards at the El Dorado Chemical client site. As a Site Supervisor, it was expected that Claimant follow and enforce Company policy at all times.

- On July 10, 2017, Claimant was issued a verbal counseling for her failure to follow proper protocol by contacting upper management and Human Resources outside of regular office hours for a non-emergency.

- On September 15, 2017, Claimant was issued a final written counseling for failing to follow post orders. Specifically, Claimant allowed a truck driver to dump chemicals into a cardboard box on the scales at access control in order to lessen his truck's weight, since he was 40 lbs. over the weight limit. BM Shade Humphries and (AM) Account Manager Adam Hall counseled Claimant.

  During her counseling, Claimant blamed her training and stated her actions were "how it has always been done". Subsequently, AM Hall contacted each scale guard to see how they would handle a situation like that. Each guard stated they had been trained to make the truck turn around and unload the excess in the proper area of the plant, and that Claimant had trained them to do it that way.

*Section IV*

### *Policies, Procedures, and Awards*

**A.    Equal Employment Opportunity/Affirmative Action Policy**

Securitas Security Services USA, Inc. is a federal contractor under the provisions of Executive Order 11246 and supports Equal Employment Opportunity in all aspects of the employment relationship. Securitas USA has well defined and publicized policies and procedures which require that the Company recruit, hire, train and promote persons in all job titles without regard to race, color, creed, religion, sex, sexual orientation, gender, marital status, or citizenship status, disability, age, national origin, veteran status, status with regard to public assistance or any other protected group status. The Company has also been recognized and nominated twice by the U.S. Department of Labor's Office of Federal Contract Compliance Programs (OFCCP) for the Agency's Exemplary Voluntary Efforts Award. *(Exhibit A- EEO Information & 2003 EVE Award Recognition Letter and 2008 EVE Award Nomination Letter)*

**B.    Policy against Discrimination, Harassment, and Retaliation**

The Company has well defined and published policies and procedures which prohibit unwelcome verbal or physical conduct, or advances of a sexual nature or any harassment based on gender, sex, sexual orientation, pregnancy, race, religion, national origin, age, disability or other protected characteristic, which is a violation of local, state and/or federal law. All discrimination, sexually harassing or offensive conduct in the workplace, whether committed by a Securitas USA employee, client employee, or agent is prohibited. All employees share in the responsibility to report any actions or words which they believe constitute unwelcome harassment to their immediate supervisors, a human resources representative, branch management, or the Securitas Hotline. Company policy prohibits retaliation against any person who reports a complaint in good faith or for filing, testifying, assisting or participating in any investigation or proceeding conducted by the Company or a government enforcement agency. *(Exhibit B- Policy Against Discrimination and Harassment)*

**C.    Internal Complaint Resolution Resource – The Securitas Hotline**

The Securitas Hotline is a communications hotline for all Securitas USA employees that operates 24 hours per day, 7 days per week. Securitas USA contracts with a service organization to make available a toll free phone number, (800) 574-8637, and website, www.securitashotline.com, by which employees may report to the Company, in a confidential manner, situations that may adversely impact the Company, its clients, or its employees. Employees may remain anonymous if they choose to do so.

Calls are answered by a trained communication specialist, employed by the third party administrator, who records the caller's concerns and then routes the information to the appropriate Securitas USA contact for research, investigation and response.

Delores Davis vs. Securitas Security Services USA, Inc.
EEOC Claim No. 493-2017-01514

Page 4 of 4

Information regarding Securitas Hotline is provided in the Employee Handbook and at employee orientation and training meetings. Wallet cards and informational brochures are also distributed. *(Exhibit C- The Securitas Hotline Information)*

*Section V*

*Answer to Charges Point by Point*

**I was hired on July 11, 2012, and my current position is Scale Guard Supervisor.**

Claimant was hired by the Company as a Security Officer on July 10, 2012. Claimant's current position is as Scale Supervisor at the El Dorado Chemical client site.

**I applied for a promotion to Accounts Manager in February 2017, and a less-qualified White male was selected.**

Deny. The Company has no record or knowledge of there being an Account Manager position available in February 2017, for which Claimant or any other individual would have been able to apply.

**I submitted a resignation on March 28. I was asked by the VP what it would take for me to stay and we agreed on a pay raise.**

Claimant voluntarily submitted her resignation from the Company in February 2017. Upon notice, the former Branch Manager Steven Robinson spoke with Claimant and asked Claimant if she would be interested in staying with the Company if they were able to negotiate with the El Dorado Chemical client site a $.75 per hour contracted increase. Claimant stated she would accept this offer. Subsequently effective February 24, 2017, Claimant's contracted wage rate was increased from $12.00 to $12.75 per hour.

**I was told on July 13th that the Site Supervisor (position I was holding) was being upgraded to Accounts Manager and I had 20 minutes to post the job and all employees would be considered the next day. I interviewed, but again another less-experienced White male was selected and I was demoted.**

On July 13, 2017, Branch Manager (BM) Shade Humphries informed Claimant that her position at the El Dorado Chemical client site was being eliminated, and that they were adding an Account Manager position to the site. BM Humphries requested Claimant post the Account Manager job opening on the billboards at the site by the end of that business day. At this time, Claimant was informed she, too, could apply for the new Account Manager position and that if she was interested she needed to submit her statement of interest to the Company. However, Claimant was not informed all candidates would be considered the following day.

The Account Manager position required the individual applying to possess qualities which included, but are not limited to, strong leadership skills, operational management

Delores Davis vs. Securitas Security Services USA, Inc.
EEOC Claim No. 493-2017-01514

Page 5 of 5

experience, and the ability to maintain and track employees' schedules. As the El Dorado Chemical client site is heavily monitored and regulated by the US Government, the individual assigned to this position would also need to possess knowledge regarding government entities such as OSHA (Occupational Safety and Health Administration), DHS (Department of Homeland Security) and the DOT (Department of Transportation). *(Exhibit 5 – Account Manager Job Description)*

On July 14, 2017, Claimant submitted her statement of interest for the Account Manager position. On July 26, 2017, Claimant was interviewed for the Account Manager position. The only other person who applied and was interviewed for this position was Adam Hill (White, Male). The decision was made to hire Adam Hill; this decision was based on Mr. Hill's 7 years of operational management experience, which included experience as a Regional Account Manager, and as a Maintenance Operations Manager. Additionally, in his interview, Mr. Hill displayed extensive knowledge regarding government entities such as DHS, OSHA, and the DOT. Therefore, the decision was made to hire Mr. Hill into the role of Account Manager for the El Dorado client site, due to his extensive management experience and his previous experience as an Account Manager.

In contrast with Mr. Hill, Claimant only had 3 months' experience holding the responsibilities of a Site Supervisor. In his interview, BM Humphries stated that when he interviewed Claimant for the Account Manager position, she was unable to provide critical knowledge regarding OSHA, DHS, or DOT. BM Humphries also stated in his interview that he verbally counseled Claimant during her time as Site Supervisor on multiple issues which include: not adhering to the Company's uniform standards, improperly scheduling individuals at the site, and not disciplining site staff under her supervision properly. Area Vice President Leslie Osborne also issued Claimant a verbal counseling on June 30, 2017, because Claimant and others under Claimant's supervision at the site were in violation of the Company's Uniform and Appearance standards while on duty at the site.

In order to keep Claimant working, the Company offered to provide Claimant with her previous Scale Supervisor position, which she accepted. In a good faith effort, instead of paying Claimant her previous rate of $12.75 per hour at this assignment, the Company gave Claimant a $2.00 per hour increase to $14.75 instead. *(Please Refer to Exhibit 5 – Account Manager Job Description, Exhibit 6 – Adam Hill Application and Resume, Exhibit 7 – Claimant's Resume and Statement of Interest)*

**I heard that a plant supervisor commented that he preferred males.**

Deny. Claimant has never reported to the Company her concerns that the El Dorado Chemical client preferred males, nor have any similar reports been received by the Company regarding the El Dorado Chemical client. Furthermore, at no time prior to this administrative charge did Claimant ever report she was being disparately treated due to her protected class of sex (Female), or for any other unlawful reason. Of note, the individual who made the decision to hire Mr. Hill as the Account Manager for the El Dorado Chemical client site is within Claimant's protected class of sex (Female).

Notably, the individual who was previously assigned as the Site Supervisor at the El Dorado Chemical client site prior to Claimant was within Claimant's protected class of sex (Female).

**The plant has only one female supervisor (HR).**

The Company is unaware of the alleged individual Claimant is referring to.   The Company is not involved in making hiring decisions for the El Dorado Chemical client.

**I also applied for a plant position, but my director said he heard I was trying to leave, but the company needed me more.**

The Company is unaware of the "plant position" Claimant is referencing in this allegation, or the "director" she references in this allegation.

**I complained to the Hotline.**

On November 29, 2016, Claimant brought forth concerns to Company management alleging a violation of Company policy. Specifically, Claimant alleged the previous Site Supervisor Gaylene White (White, Female) at the El Dorado Chemical client site, was not properly training Claimant. Of note, this complaint was not related to this issues brought forth in Claimant's administrative charge, and did not include allegations of Claimant being treated differently based on any protected characteristic.

Upon notice, Claimant's concern was immediately investigated by Area Vice President (AVP) Leslie Osborne (White, Female) and HRM Becky Fridell (White, Female).

During the investigation it was found that Supervisor White had been directed by the Branch Management to train Claimant on the duties of a supervisor so that Claimant could be utilized as a temporary back-up during Ms. White's absence. Since Supervisor White had not followed Branch Management's directive, she was subsequently coached and reminded of the need to provide training Claimant on supervisory functions so that Claimant would be able to step into the role in her absence. Important to note, at no time did Claimant ever allege she felt her concerns was the result of being disparately treated based on her sex, race, or for any protected class.

Claimant's concerns were addressed and Supervisor White provided Claimant with the required training.   Since then, there were no further concerns reported. Furthermore, Claimant suffered no adverse employment action as a result of bringing forth her concerns to the Company.

**I was called in about August 21 and told it had been reported that I was not happy and was being a disgruntled employee.**

Deny. On August 4, 2017, BM Humphries received concerns from the client at the El Dorado Chemical client site, alleging Claimant had been discussing her personal life with

Delores Davis vs. Securitas Security Services USA, Inc.
EEOC Claim No. 493-2017-01514                                    Page 7 of 7

the truck drivers who visited the El Dorado Chemical site. The client requested for the Company to remind Claimant to keep her conversations professional and limited to site operations while she was on duty at the El Dorado Chemical client site.

Of note, Claimant's primary function as a Scale Supervisor at the El Dorado Chemical client site is to provide access control to the truck drivers who deliver materials to the site. At no time is it acceptable for officers assigned to the El Dorado client site to discuss their personal lives with client vendors.

BM Humphries did meet with Claimant and advised her of the client's concerns and encouraged Claimant to bring forth any questions or concerns she may have about the site operation to Company management so they could appropriately address her concerns. BM Humphries denies ever telling Claimant she was being "a disgruntled employee".

**I was not given a reason for not being selected.**

Deny. It was explained to Claimant on multiple occasions that the Account Manager position required someone who possessed extensive operational management experience. Therefore, the position was given to someone who possessed seven years of operational management experience, strong leadership skills, and who is knowledgeable regarding government entities such as OSHA, DHS, and DOT.

**I believe I was not promoted and was demoted because of my sex (female), race (black); I also believe I was harassed in retaliation for filling a charge; all in violation of Title VII of the Civil Rights Act of 1964, as amended.**

Deny. There is no evidence Claimant was subjected to disparate treatment of any kind. Please consider the following information:

- The individual who made the decision to hire Adam Hill as the Account Manager for the El Dorado Chemical client site is within Claimant's protected class of sex (Female)
- The individual who was previously assigned to the El Dorado Chemical client site was within Claimant's protected class of sex (Female).
- 49% of individuals assigned out of the El Dorado, Arkansas branch office are within Claimant's protected class of race (Black).
- 59% of individuals assigned to the El Dorado Chemical client site are within Claimant's protected class of race (Black).
- 64% of individuals assigned out of the El Dorado, Arkansas branch office are within Claimant's protected class of sex (Female).
- 73% of individuals assigned to the El Dorado Chemical client site are within Claimant's protected class of sex (Female).

### Section III

#### Conclusion and Request for Dismissal

There are no facts or evidence which support Claimant's allegations that she was subjected to disparate treatment based on her protected class of sex, (Female) race (Black) or retaliated against for engaging in a protected activity. The Company respectfully requests this charge be dismissed as unsubstantiated in law or in fact.

Please refer to this position statement and all attached Exhibits in regards to the agency's request for additional information.

If you require any additional information, please do not hesitate to contact me.

Respectfully submitted,

Elizabeth Prater
Employee Relations, Sr. EEO Investigator
Elizabeth.Prater@securitasinc.com
Phone: 818-706-5751
Fax: 818-706-5037

Delores Davis vs. Securitas Security Services USA, Inc.
EEOC Claim No. 493-2017-01514

Page 9 of 9

## List of Attached Exhibits

| A. | EEO Information & 2003 EVE Award Recognition Letter and 2008 EVE Award Nomination Letter |
|---|---|
| B. | Policy Against Discrimination and Harassment |
| C. | The Securitas Hotline Information |
| | |
| 1. | Job Application |
| 2. | Job Description |
| 3. | Signed Handbook Acknowledgements |
| 4. | Grounds for Disciplinary Actions and Termination |
| 5. | Terms and Conditions of Employment |
| 6. | Disciplinary Action |
| 7. | Account Manager Job Description |
| 8. | Adam Hill Application and Resume |
| 9. | Claimant's Resume and Statement of Interest |

## COUNSELING AND CORRECTIVE ACTION REPORT


SECURITAS

Verbal Action: Complete Parts A and B, sign and obtain managers' approval.
Written Action: Complete all parts except to Part D, prior to meeting with the employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.
Give copy of this form to employee and put the original in employee's personnel file.

X VERBAL ☐ WRITTEN ☐ 1st ☐ 2nd ☐ FINAL

**PART A**          **EMPLOYEE INFORMATION**
Date of Incident: 12/6/16 ____ Date of Counseling: 12/7/16

Employee's Name: Delores Davis ____ Branch: El Dorado ____ Job Title/Site: Scales Assistant Supervisor/ El Dorado Chemical

Date of Hire: 7/30/12 ____ Employee Number: ____ Supervisor: Gaylene White

**PART B**          **ACTION TAKEN**
☐ Removal from assignment/client site X Counseling ☐ Demotion ☐ Transfer ☐ Other: ____

**PART C**          **REASON FOR ACTION (Check all that apply.)**

☐ Unreported Absence
☐ Abusive and or Threatening Behavior
☐ Failure to complete Required Reports
☐ Smoking on Post or in Non Smoking Areas
☐ Leaving Post Without Permission
☐ Failure to Do Necessary Rounds

☐ Insubordination
☐ Sleeping on Duty
☐ Tardiness
☐ Reporting Under the Influence
☐ Reporting Out of Uniform
☐ Failure to Follow Post Orders

X Other Unacceptable Behavior/Violation of Company Policy (specify): Failed to ensure scale guards had sufficient supplies.

Description of Incident and Corrective Measures (include dates and time of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure). On 12/6/16, I, Supervisor Gaylene White, spoke with S/O Johnson when I arrived to retrieve paperwork at the scales. S/O Johnson indicated that there were no stick-on 1942 placards, there were only 2 sample tags and she was very low on paperclips. I contacted the warehouse to let them know that we needed these supplies and called patrol to retrieve them. On 12/7/16 before lunch, I spoke with Assistant Supervisor Delores Davis and indicated that she needed to check inventory in the scales and make sure that guards had plenty of supplies. A/S Davis responded that she did not have enough time during her shift to do inventory. I explained that it doesn't take long to check the level of supplies and make a list of needed items and that she would have enough time since truck traffic has slowed. I also told A/S Davis that she would have plenty of time instead of spending so much time on her personal cell phone. This is the second time in the past few months that guards were very low on supplies and I had spoken to A/S Davis. On the previous occasion, she indicated that she had sent a list to the warehouse the day before but they [warehouse] hadn't dropped them off. I asked if she had called patrol to ask them to pick up the supplies and she stated no because the warehouse always drops off her orders. I told her she could call patrol and ask the patrol guard to pick up supplies from the warehouse if the warehouse would contact her when the order was ready.

Notice to Employee: It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

**PART D**          **EMPLOYEE COMMENTS** (Attach additional sheet if necessary.)
(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)

| I have read this report and the above has been discussed with me. | Prepared by (Supervisor Name): Gaylene White |
| --- | --- |
| | Date: 12/8/16 |
| Employee's Signature: | Approved by (Manager Name): |
| Date: | Date: |

## COUNSELING AND CORRECTIVE ACTION REPORT



SECURITAS

Verbal Action: Complete Parts A and B, sign and obtain managers' approval.
Written Action: Complete all parts except to Part D, prior to meeting with the employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.
Give copy of this form to employee and put the original in employee's personnel file.

X VERBAL ☐ WRITTEN ☐ 1st ☐ 2nd ☐ FINAL

---

### PART A                    EMPLOYEE INFORMATION
Date of Incident: __1/16/17__          Date of Counseling: _____1/16/17_____

Employee's Name: __Dolores Davis__    Branch: __El Dorado AR__    Job Title/Site: __Assistant Supervisor/El Dorado Chemical__

Date of Hire: __7/10/12__, Employee Number:              Supervisor: __Gaylene White__

---

### PART B                    ACTION TAKEN
☐ Removal from assignment/client site  X Counseling  ☐ Demotion  ☐ Transfer  ☐ Other: _____

---

### PART C                    REASON FOR ACTION (Check all that apply.)
☐ Unreported Absence                ☐ Insubordination
☐ Abusive and or Threatening Behavior    ☐ Sleeping on Duty
☐ Failure to complete Required Reports    ☐ Tardiness
☐ Smoking on Post or in Non Smoking Areas  ☐ Reporting Under the Influence
☐ Leaving Post Without Permission      ☐ Reporting Out of Uniform
☐ Failure to Do Necessary Rounds       ☐ Failure to Follow Post Orders
X Other Unacceptable Behavior/Violation of Company Policy (specify): __Visitors on post__

Description of Incident and Corrective Measures (include dates and time of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure). __On 1/16/17 at 1:00pm, A/S Davis' daughter brought A/S Davis food. During this time, A/S Davis granddaughter got out of the car and was allowed into the scales where A/S Davis gave her some money. A/S Davis and the granddaughter then went to the daughter's vehicle. A/S Davis opened the back door to see the smallest granddaughter. After visiting for a for a short time, A/S Davis then went back to the scales where the granddaughter ran after. A/S Davis then allowed the granddaughter back into the scales, gave her something then sent her back to the car. As A/S Davis was heading back to the scales, she backed up and retrieved what looked like a food bag from a restaurant before going back into the scales. I spoke with A/S Davis and told her that she cannot have visitors and that her granddaughter could not be in the scales. I explained that her daughter can bring food and A/S Davis can pay for the food, similar to Dominos, but that her daughter would then need to leave.__

Notice to Employee: It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

---

### PART D                    EMPLOYEE COMMENTS (Attach additional sheet if necessary.)
(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)

_____

_____

_____

_____

| I have read this report and the above has been discussed with me. | Prepared by (Supervisor Name): Gaylene Woods |
|---|---|
|  | Date: 1/16/17 |
| Employee's Signature: | Approved by (Manager Name): |
| Date: | Date: |

Becky Fridell (61011)

From:       Shade Humphries
Sent:       Monday, July 10, 2017 10:42 AM
To:         Delores Davis
Cc:         Becky Fridell
Subject:    Non-Emergency Phone Calls

Delores,

Unless you have an emergency situation or there is an onsite injury, there is no reason to call Becky or my cell phone during the overnight hours. An employee not showing up for their shift is not an emergency, but is the responsibility of the supervisor to handle. You could have waited until the daytime Saturday to contact me about the situation with Jason instead of calling at 1:46am then texting at 1:57am. Since you explained the situation in the text message, the calls at 3:11am, 4:21am, & 6:32am were uncalled for & excessive. If you have complaints, you will not receive the best response by contacting Becky or I during those times nor are the early AM hours the appropriate time to make complaint calls. If it's not an emergency & can't wait until normal business hours, at least wait for normal daytime.

I will be visiting El Dorado Chemical Wednesday to discuss the site & the issues we keep having there.

Shade Humphries, Branch Manager • Securitas USA

*The Leader in Protective Services*
For more information, click here.

1

# COUNSELING
# AND CORRECTIVE
# ACTION REPORT



Verbal Action: Complete Parts A and B, sign and obtain managers' approval.
Written Action: Complete all parts except to Part D, prior to meeting with the employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.
Give copy of this form to employee and put the original in employee's personnel file.

☐ VERBAL ☐ WRITTEN ☐ 1st ☐ 2nd ☑ FINAL.

| **PART A** | **EMPLOYEE INFORMATION** |
|---|---|
| Date of incident: __9/13/2017__ | Date of Counseling: __9/15/2017__ |

Employee's Name: __Delores Davis__    Branch: __EDC__    Job Title/Site: __Scales__

Date of Hire: _____ Employee Number: _____ Supervisor: __Adam Hill__

**PART B**                    **ACTION TAKEN**
☐ Removal from assignment/client site ☒ Counseling ☐ Demotion ☐ Transfer ☐ Other: _____

**PAC**                    **REASON FOR ACTION (Check all that apply.)**
☐ Unreported Absence                    ☐ Insubordination
☐ Abusive and or Threatening Behavior        ☐ Sleeping on Duty
☐ Failure to complete Required Reports        ☐ Tardiness
☐ Smoking on Post or in Non Smoking Areas     ☐ Reporting Under the Influence
☐ Leaving Post Without Permission        ☐ Reporting Out of Uniform
☐ Failure to Do Necessary Rounds        ☑ Failure to Follow Post Orders
☐ Other Unacceptable Behavior/Violation of Company Policy (specify): ___

Description of Incident and Corrective Measures (include dates and time of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure. **S/O Delores Davis had a truck driver scale out at 40lbs over weight. When she approached the truck driver, she explained to him that he was overweight and needed to go back in plant and dump 40lbs and then scale back out. He got a little upset and said he didn't want to go back into the plant. S/O Davis then gave him a small cardboard box and allowed him to dump the chemical while on the scales. This resulted in a spill on the scales and made a mess. This is a serious offense because if the chemical gets into the scales it could cause significant damage to the scales. This, in turn, could have major financial cost and shut Eldorado Chemical down until the scales get repaired. It was explained to S/O Davis how serious a matter this was and this cannot happen again.**

Notice to Employee: It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

**PART D**                    **EMPLOYEE COMMENTS (Attach additional sheet if necessary.)**
(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)

| I have read this report and the above has been discussed with me. | Prepared by (Supervisor Name): Adam Hill  Date: 9/15/2017 |
|---|---|
| Employee's Signature: | Approved by (Manager Name): Shade Humphries |
| Date: 9/15/17 | Date: 9/15/2017 |

Account Manager Petrochemical

## JOB SUMMARY

Manages the security services and related operations provided to an assigned account(s) including client service and problem resolution, service enhancement and expansion, new business development, operational effectiveness, preparation of post orders, staffing, scheduling, supervision and training.

**Distinguishing Characteristics:**

Performs a variety of management functions for assigned account(s); may be assigned a rank, as defined by client contract. Does not perform Security Officer duties except on a limited, relief or emergency basis.

## ESSENTIAL FUNCTIONS

- The functions listed describe the business purpose of this job. Specific duties or tasks may vary and be documented separately. The employee might not be required to perform all functions listed. Additional duties may be assigned, and functions may be modified, according to business necessity.
- All assigned duties or tasks are deemed to be part of the essential functions, unless such duties or tasks are unrelated to the functions listed, in which case they are deemed to be other (non-essential) functions.
- Employees are held accountable for successful job performance. Job performance standards may be documented separately, and may include functions, objectives, duties or tasks not specifically listed herein.
- In performing functions, duties or tasks, employees are required to know and follow safe work practices, and to be aware of company policies and procedures related to job safety, including safety rules and regulations. Employees are required to notify superiors upon becoming aware of unsafe working conditions. Be familiar with OSHA standards and regulations.
- All functions, duties or tasks are to be carried out in an honest, ethical and professional manner, and to be performed in conformance with applicable company policies and procedures. In the event of uncertainty or lack of knowledge of company policies and procedures, employees are required to request clarification or explanations from superiors or authorized company representatives.

1. Serves as a key point of client contact to ensure the delivery of high quality customer service for assigned account(s); evaluates service quality and initiates any necessary corrective action in a timely manner.

2. Meets regularly with client representatives for status updates; addresses any actual or potential problems; assists line management in negotiation of client contract; provides support during client start-up; supports security planning, site assessments and surveys; reviews and updates post orders, assist planning, meeting and enforcing government mandated policies.

3. Oversees, coordinates with line management, and participates in the recruitment, selection, orientation, training, development and retention of high caliber staff; acts to ensure that each staff member is treated with dignity and respect; plans, assigns, and directs work; coaches employees and carries out disciplinary actions, as necessary.

4. Assists in development and administration of budget in relation to assigned account(s).

5. Maintains a positive, professional environment in full compliance with applicable laws, regulations, policies and procedures; acts to ensure that staff members understand and comply with applicable laws, regulations, policies and procedures.

6. Within scope of client contract and assigned duties, authorizes appropriate expenditures including equipment, supplies, and vehicles; acts to ensure that vehicles are properly maintained and administers driver training; acts to ensure that there is an adequate inventory of uniforms, radios, Job Description and other supplies and equipment; maintains and submits payroll records and other associate and business information.

7. Prepares and coordinates staffing schedules for account(s), in collaboration with line management as necessary; acts to ensure that scheduling is handled effectively to meet client requirements while controlling labor costs; reviews Security Officer site reports to verify post orders and client directives have been satisfactorily followed; personally inspects all posts as part of the evaluation of security staff.

8. Provides input to company initiatives; promptly assists in the resolution of legal, financial, human resources, and administrative issues.

9. Performs tasks and duties of a similar nature and scope as required for assigned account(s).

10. Must be knowledgable regarding government entities such as DHS, OSHA, DOT, and be able to Be a security advisor to the client contact, security staff, visitors and vendors to the facility.

## MINIMUM QUALIFICATIONS AT ENTRY

*Additional qualifications may be specified and receive preference, depending upon the nature of the position.*

**Background Prerequisites**

Must undergo and meet company standards for background and reference checks, controlled substance testing, and behavioral selection survey, in addition to any mandatory licensing requirements.

**Education/Experience**

Associate's Degree and 3 years of responsible experience in the security industry and/or business management, or an equivalent combination of education and experience sufficient to perform the essential functions of the job, as determined by the company. Additional relevant experience can be substituted for the required education on the basis of one calendar year of experience for one academic year of education. Must have a basic knowledge of Department of Homeland Security specific to CFATS and the governing requirements.

Competencies (as demonstrated through experience, training, and/or testing):

- If required for assigned accounts must be able to meet and continue to meet any applicable state, county and municipal licensing requirements for Security Officers.
- Must be able to meet and continue to meet requirements for specific skills, certifications or authorizations specified for the assigned accounts.
- Knowledge of security operations and procedures.
- Knowledge of supervisory practices and procedures.
- Skill in staff supervision, including assigning work and providing training and discipline.
- Ability to provide positive direction and motivate performance.
- Understanding of a variety of security and safety devices and controls.
- Ability to track and maintain schedule assignments.
- Ability to maintain professional composure when dealing with unusual circumstances.
- Knowledge of business operations management and human resources administration.
- Use of personal computer and spreadsheet software.
- Ability to synthesize business/financial data and develop recommendations.
- Planning, organizing and leadership skills.
- Oral and written communications skills.
- Strong customer service and service delivery orientation.
- Ability to interact effectively at various social levels and across diverse cultures.
- Ability to be an effective leader and member of project teams.
- Ability to take initiative and achieve results.
- Ability to carry out multiple assignments concurrently.
- Ability to adapt to changes in the external environment and organization
- Must be fluent in Microsoft Word, Excel, and Powerpoint.
- Ability to complete security surveys and present the findings.

## WORKING CONDITIONS (Physical/Mental Demands)

With or without reasonable accommodation, requires the physical and mental capacity to perform effectively all essential functions. In addition to other demands, the demands of the job include:

- Maintaining composure in dealing with authorities, executives, clients, staff, and the public, occasionally under conditions of urgency and in pressure situations.
- Ability to handle multiple tasks concurrently.
- Handling and being exposed to sensitive and confidential information.
- May require regular use of vehicle and frequent travel in the performance of duties.
- Regular talking and hearing.
- Frequent lifting and/or moving up to 10 pounds and occasional lifting and/or moving up to 25 pounds.
- Walking, reaching with hands and arms, stooping, kneeling, crouching and crawling.
- Close vision, distance vision, and ability to adjust focus.
- Conducting oral presentations and group meetings.
- Directing, motivating, training, coaching, and disciplining staff in a positive manner.

- Reading and analyzing reports and financial data, including related computer usage.
- Responding on an on-call basis to emergencies and incidents at all hours.

TO APPLY:

Enthusiastic, qualified applicants must:

1. Prior to submitting your resume and completed statement of interest, please discuss your interest with your Manager.

2. Complete and submit the attached Statement of Interest.

3. Submit a professional cover letter and resume.

4. Applicants are encouraged to include copies of any/all relevant external: certifications, licenses, education, and training.

Please send your resume and statement of interest to shade.humphries@securitasinc.com

Closing Date: All submissions must be sent by close of business Friday, July 14, 2017.

EOE/Minorities/Females/Vets/Disabilities

## RODNEY PHILLIPS

| | |
|---|---|
| From: | RODNEY PHILLIPS |
| Sent: | Wednesday, February 28, 2018 10:51 AM |
| To: | 'elizabeth.prater@secruitasinc.com' |
| Subject: | Davis v. Securitas (493-2017-01514) |

Good morning Ms. Prater,

This charge is assigned to me for Investigation. Further information is needed. I will need to conduct a Fact Finding Conference.

You are hereby requested to appear and participate in a Fact Finding Conference scheduled for March 19, 2018, at 9:30 a.m. at your office location in El Dorado, Arkansas. If this date is not feasible, please contact me to reschedule.

This Fact Finding Conference is being held pursuant to Sections 1601.15(c), 1620.19 and 1626.15(a) of the Commission's Regulations. The Conference is an investigative forum intended to define the issues, determine which elements of the charge are undisputed, clarify disputed issues, and gather evidence necessary to resolve the charge. The Commission investigator named below will control and direct the conference. Other Commission employees may assist or observe.

A Fact Finding Conference will ordinarily involve several steps. First, the charge may be summarized and the specific allegations discussed. The investigator will then ask questions of the parties and any witnesses. The parties present should address all questions and statements to the investigator, and must not interrupt each other. If you have a particular question, you should ask the investigator to pose it. If the question is relevant, the question will be asked. If Respondent or Charging Party is accompanied by an attorney, the attorney may participate solely as an advisor to the client. The Charging Party or Respondent representative is required to answer questions directly rather than have the attorney speak on his or her behalf. Attorneys representing their clients are not permitted to cross examine any person present.

Either Charging Party or Respondent may suggest a recess to discuss settlement of the charge. The investigator may also suggest settlement discussions. Settlement may be discussed separately with each party. If settlement cannot be reached, the investigator may reconvene the conference. When all available information has been gathered, the investigator will explain in general terms the actions which may be required to complete the investigation.

The Conference will be conducted by the Commission representative named below. Because the Commission has found the direct participation of the parties to be crucial to the success of this process, you may neither send a substitute for yourself nor bring persons not requested without permission from the Commission representative named below.

If you and/or your representative(s) need an accommodation, please notify the Commission investigator named below.

### Notice of Non-Retaliation Requirements

Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws.

Please have the following persons attend the Conference: Lindsey Reid, Becky Fridell, Shade Humphreys, and Adam Hill. If any of these individuals are no longer employees, please forward their last known address and phone number to me by March 9, 2018.

1

If you have questions you'd like me to ask, please type them and forward to me by March 15, 2018. Please confirm this appointment with me in writing by March 9, 2018.

On Behalf of the Commission:

**Rodney Phillips**
Federal Investigator
Equal Employment Opportunity Commission
820 Louisiana, Suite 200
Little Rock, AR 72201
501.324.6473 (O)
501.324.5991 (F)
rodney.phillips@eeoc.gov

2

## RODNEY PHILLIPS

| | |
|---|---|
| **From:** | Elizabeth.Prater@securitasinc.com |
| **Sent:** | Tuesday, March 27, 2018 1:41 PM |
| **To:** | RODNEY PHILLIPS |
| **Subject:** | RE: Davis v. Securitas (493-2017-01514) |

Hello, Mr. Phillips:

Thank you for sending that over to me. I will let you know our response to her demand of $150,000.00 as soon as possible.

Thank you,

Elizabeth Prater, Employee Relations, Sr. EEO Investigator • Securitas North America
Employee Relations Department • 4330 Park Terrace Dr. • Westlake Village, CA 91361
818.706.5751 (office) •818-706-5037 (fax)

 **The Leader In Protective Services**

*For more information, click here*

From: RODNEY PHILLIPS [mailto:RODNEY.PHILLIPS@EEOC.GOV]
Sent: Tuesday, March 27, 2018 1:38 PM
To: Elizabeth Prater (00430)
Subject: RE: Davis v. Securitas (493-2017-01514)

Good afternoon Elizabeth,

Here are the documents you requested from the FFC today. Please let me know Respondent's decision on the settlement request of $150,000, also.

Thanks,
Rod

From: Elizabeth.Prater@securitasinc.com [mailto:Elizabeth.Prater@securitasinc.com]
Sent: Tuesday, March 27, 2018 9:20 AM
To: RODNEY PHILLIPS <RODNEY.PHILLIPS@EEOC.GOV>
Subject: RE: Davis v. Securitas (493-2017-01514)

Thank you, Mr. Phillips.

Elizabeth Prater, Employee Relations, Sr. EEO Investigator • Securitas North America
Employee Relations Department • 4330 Park Terrace Dr • Westlake Village, CA 91361
818.706.5751 (office) •818-706-5037 (fax)

 **The Leader In Protective Services**

*For more information, click here*

1

From: RODNEY PHILLIPS [mailto:RODNEY.PHILLIPS@EEOC.GOV]
Sent: Tuesday, March 27, 2018 7:24 AM
To: Elizabeth Prater (00430)
Subject: RE: Davis v. Securitas (493-2017-01514)

The number is 501-324-6215.


From: Elizabeth.Prater@securitasinc.com [mailto:Elizabeth.Prater@securitasinc.com]
Sent: Monday, March 26, 2018 10:06 AM
To: RODNEY PHILLIPS <RODNEY.PHILLIPS@EEOC.GOV>
Subject: RE: Davis v. Securitas (493-2017-01514)

Hello, Mr. Phillips:

Can you please tell me which number I should use to dial into the fact-finding conference tomorrow?

Thank you!

Elizabeth Prater, Employee Relations, Sr. EEO Investigator • Securitas North Amer
Employee Relations Department • 4330 Park Terrace Dr. • Westlake Village, CA 91361
818.706.5751 (office) •818-706-5037 (fax)

 **The Leader In Protective Services**

*For more information, click here.*


From: RODNEY PHILLIPS [mailto:RODNEY.PHILLIPS@EEOC.GOV]
Sent: Tuesday, March 20, 2018 2:00 PM
To: Elizabeth Prater (00430)
Subject: RE: Davis v. Securitas (493-2017-01514)

Elizabeth,

Leslie Osborne/Reid needs to attend. We can proceed with March 27 at 9:30 at my office.

Rod


From: Elizabeth.Prater@securitasinc.com [mailto:Elizabeth.Prater@securitasinc.com]
Sent: Friday, March 16, 2018 4:26 PM
To: RODNEY PHILLIPS <RODNEY.PHILLIPS@EEOC.GOV>
Subject: RE: Davis v. Securitas (493-2017-01514)

Hello, Mr. Phillips:

I have confirmed that the following individuals are available for the fact-finding conference regarding Davis v. Securitas on March 27, 2018, at your Little Rock, Arkansas office. Does that date still work for you? Also, you had originally requested for a Lindsey Reid to be present; however, we do not know of an individual by that name. Is it possible that you meant Leslie Osborne? Her maiden name is Reid, which she sometimes goes by professionally.

1.    Leslie Osborne
2.    Becky Fridell (HR Manager)
3.    Shade Humphries (Branch Manager)

2

4.      Adam Hill (Account Manager)

Thank you,

Elizabeth Prater, Employee Relations, Sr. EEO Investigator • Securitas North America
Employee Relations Department • 4330 Park Terrace Dr. • Westlake Village, CA 91361
818.706.5751 (office) •818-706-5037 (fax)

 **SECURITAS** *The Leader In Protective Services*

For more information, click here.

**From:** RODNEY PHILLIPS [mailto:RODNEY.PHILLIPS@EEOC.GOV]
**Sent:** Wednesday, February 28, 2018 11:00 AM
**To:** Elizabeth Prater (00430)
**Subject:** Davis v. Securitas (493-2017-01514)

Good morning Ms. Prater,

This charge is assigned to me for investigation. Further information is needed. I will need to conduct a Fact Finding Conference.

You are hereby requested to appear and participate in a Fact Finding Conference scheduled for March 19, 2018, at 9:30 a.m. at your office location in El Dorado, Arkansas. If this date is not feasible, please contact me to reschedule.

This Fact Finding Conference is being held pursuant to Sections 1601.15(c), 1620.19 and 1626.15(a) of the Commission's Regulations. The Conference is an investigative forum intended to define the issues, determine which elements of the charge are undisputed, clarify disputed issues, and gather evidence necessary to resolve the charge. The Commission investigator named below will control and direct the conference. Other Commission employees may assist or observe.

A Fact Finding Conference will ordinarily involve several steps. First, the charge may be summarized and the specific allegations discussed. The investigator will then ask questions of the parties and any witnesses. The parties present should address all questions and statements to the investigator, and must not interrupt each other. If you have a particular question, you should ask the investigator to pose it. If the question is relevant, the question will be asked. If Respondent or Charging Party is accompanied by an attorney, the attorney may participate solely as an advisor to the client. The Charging Party or Respondent representative is required to answer questions directly rather than have the attorney speak on his or her behalf. Attorneys representing their clients are not permitted to cross examine any person present.

Either Charging Party or Respondent may suggest a recess to discuss settlement of the charge. The investigator may also suggest settlement discussions. Settlement may be discussed separately with each party. If settlement cannot be reached, the investigator may reconvene the conference. When all available information has been gathered, the investigator will explain in general terms the actions which may be required to complete the investigation.

The Conference will be conducted by the Commission representative named below. Because the Commission has found the direct participation of the parties to be crucial to the success of this process, you may neither send a substitute for yourself nor bring persons not requested without permission from the Commission representative named below.

If you and/or your representative(s) need an accommodation, please notify the Commission investigator named below.

**Notice of Non-Retaliation Requirements**

Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws.

Please have the following persons attend the Conference: Lindsey Reid, Becky Fridell, Shade Humphreys, and Adam Hill. If any of these individuals are no longer employees, please forward their last known address and phone number to me by March 9, 2018.

If you have questions you'd like me to ask, please type them and forward to me by March 15, 2018. Please confirm this appointment with me in writing by March 9, 2018.

On Behalf of the Commission:

Rodney Phillips
Federal Investigator
Equal Employment Opportunity Commission
820 Louisiana, Suite 200
Little Rock, AR 72201
501.324.6473 (O)
501.324.5991 (F)
rodney.phillips@eeoc.gov

================================================ This communication contains confidential Securitas Security Services USA, Inc. business information, and is intended for the addressee only. If you have received this message in error, or if there is a problem with the communication, please notify the sender immediately. The unauthorized use, disclosure, reproduction, forwarding, copying or alteration of this message is strictly prohibited. Participants in this communication are not permitted to exchange or transmit Personal Identity Information (PII) via unsecured email. PII includes: Social Security numbers, credit card numbers, bank and credit union account numbers, health insurance plan identification numbers, driver's license numbers, dates of birth, and other similar information associated with an individual that, if misused, might compromise that person's personal or financial security.

================================================ This communication contains confidential Securitas Security Services USA, Inc. business information, and is intended for the addressee only. If you have received this message in error, or if there is a problem with the communication, please notify the sender immediately. The unauthorized use, disclosure, reproduction, forwarding, copying or alteration of this message is strictly prohibited. Participants in this communication are not permitted to exchange or transmit Personal Identity Information (PII) via unsecured email. PII includes: Social Security numbers, credit card numbers, bank and credit union account numbers, health insurance plan identification numbers, driver's license numbers, dates of birth, and other similar information associated with an individual that, if misused, might compromise that person's personal or financial security.

================================================ This communication contains confidential Securitas Security Services USA, Inc. business information, and is intended for the addressee only. If you have received this message in error, or if there is a problem with the communication, please notify the sender immediately. The unauthorized use, disclosure, reproduction, forwarding, copying or alteration of this message is strictly prohibited. Participants in this communication are not permitted to exchange or transmit Personal Identity Information (PII) via unsecured email. PII includes: Social Security numbers, credit card numbers, bank and credit union account numbers, health insurance plan identification numbers, driver's license

numbers, dates of birth, and other similar information associated with an individual that, if misused, might compromise that person's personal or financial security.

This communication contains confidential Securitas Security Services USA, Inc. business information, and is intended for the addressee only. If you have received this message in error, or if there is a problem with the communication, please notify the sender immediately. The unauthorized use, disclosure, reproduction, forwarding, copying or alteration of this message is strictly prohibited. Participants in this communication are not permitted to exchange or transmit Personal Identity Information (PII) via unsecured email. PII includes: Social Security numbers, credit card numbers, bank and credit union account numbers, health insurance plan identification numbers, driver's license numbers, dates of birth, and other similar information associated with an individual that, if misused, might compromise that person's personal or financial security.

## RODNEY PHILLIPS

| | |
|---|---|
| From: | Elizabeth.Prater@securitasinc.com |
| Sent: | Friday, March 30, 2018 1:28 PM |
| To: | RODNEY PHILLIPS |
| Subject: | RE: Davis v. Securitas (493-2017-01514) |
| Attachments: | Job Posting - Statement of Interest.doc; Delores Davis Hotline.pdf; Gaylene White Discipline.pdf |

Hello, Mr. Phillips:

After reviewing the information provided during the fact-finding this week, we still believe we have a strong position. As such, at this time, we are not interested in mediation; however, we would like to provide the following information for your consideration:

1. The Account Manager position for the Great Lakes client site opened on February 1, 2017. Any employee interested in applying for the position needed to submit a resume and complete Statement of Interest form (please see attached) to Human Resources Manager Becky Fridell. Although during the fact-finding Ms. Davis provided a typed "letter of interest", which she states she handed to Ms. Fridell, Ms. Fridell states that at no time did Ms. Davis personally deliver or otherwise submit this letter to her. In addition, all internal applications must be submitted with a formal Statement of Interest. Again, the Company has no record of Ms. Davis submitting a Statement of Interest for the Great Lakes Account Manager position. Additionally, Ms. Osborne and I contacted former Branch Manager Steve Robinson regarding Ms. Davis' accusation she applied for the Great Lakes Account Manager position in February 2017. Mr. Robinson stated he had no recollection of Ms. Davis ever applying for the position, nor does Ms. Osborne have any knowledge of Ms. Davis applying for the position.

2. Although the Company has no record or knowledge that Ms. Davis ever applied for the Great Lakes Account Manager position in February 2017, we would like to address Ms. Davis' claim that the individual hired for the position was much less qualified than Ms. Davis. On the contrary; Shannon Huitt was selected for the Great Lakes Account Manager position based on his following skills and credentials:
   a. His several years' experience as a Law Enforcement Officer working for the State Police;
   b. His extensive training certifications;
   c. Strong ability to write reports, computer skills fluent in Word, PowerPoint, and Excel;
   d. His extensive investigative background which was a site specific requirement for Great Lakes;
   e. The Great Lakes site at the time Mr. Huitt was hired had 28 -30 officers, and required drills for DHS; Mr. Huitt possessed the ability to write and conduct active shooter drills, homeland drills, and the ability to write procedure and training background.
   f. Mr. Huitt possessed knowledge of, and had experience dealing with, other State and Federal regulatory agencies.

3. The Company is committed to providing a diverse workforce. Please see the following list of Account Managers working in Ms. Osborne's territory (Arkansas, Louisiana). Please note that 8 out of 11 of these individuals share either one or both of Ms. Davis' protected class of race (Black) and sex (Female):

### Account Managers:

| Name: | Location: | EEO Information: |
|---|---|---|
| 1. S. Carroll | Verizon | Black, Female |
| 2. R. Cotton | SPP | Black, Male |
| 3. C. Warren | P & G | White, Female |
| 4. W. Banks | Angus | Black, Male, over 50, Vet |

1

|  | | |
|---|---|---|
| 5. S. Huitt | Lanxess | White, Male |
| 6. A. Hill | EDC | White, Male |
| 7. J. Briggs | Ablemarle | Black, Female |
| 8. B. Williams | TP | Black, Male |
| 9. A. McNeal | Calumet | Black, Female |
| 10. J. Bellini | Honeywell | White, Male Disabled Vet |
| 11. A. Wall | JPMC | White, Female |

4. During the fact-finding, Ms. Davis stated that she filed a Hotline complaint in November 2016, alleging that she was being discriminated based on her protected class of race. Please see the attached Hotline filed by Ms. Davis on November 30, 2016. In her Hotline, Ms. Davis stated she was dissatisfied with her supervisor, Gaylene White, because she was not training Ms. Davis. At no time did Ms. Davis state she was being subjected to disparate treatment based on race or any other protected characteristic. Upon receipt of Ms. Davis' complaint, her concerns were immediately investigated by AVP Leslie Osborne and former Branch Manager Steve Robinson. As a result, Mr. Robinson issued Gaylene White a formal written discipline on December 7, 2016, and the matter was resolved (please see attached).

5. The Company has encouraged and given Ms. Davis opportunities for professional advancement. On July 31, 2014, Ms. Davis was promoted to the role of Scale Supervisor at the El Dorado Chemical client site. Former Branch Manager, Steve Robinson, promoted Ms. Davis to the Site Supervisor position at the El Dorado Chemical client site in April 2017. At this time, Ms. Davis' pay increased from $12.75/hour to $16.75/hour. The individual who previously held the Site Supervisor role, Gaylene White (White, Female), had made $14.75/hour in the same role as Site Supervisor. Ms. Davis was given $2.00/hour more that Ms. White in the same role, after she requested an increased rate of pay.

Please feel free to call or email me should you require any additional information. Thank you for your continued consideration regarding this matter.

Thank you,

Elizabeth Prater, Employee Relations, Sr. EEO Investigator • Securitas North America
Employee Relations Department • 4330 Park Terrace Dr. • Westlake Village, CA 91361
818.706.5751 (office) •818-706-5037 (fax)

 **The Leader In Protective Services**

*For more information, click here*

From: RODNEY PHILLIPS [mailto:RODNEY.PHILLIPS@EEOC.GOV]
Sent: Tuesday, March 27, 2018 1:38 PM
To: Elizabeth Prater (00430)
Subject: RE: Davis v. Securitas (493-2017-01514)

Good afternoon Elizabeth,

Here are the documents you requested from the FFC today. Please let me know Respondent's decision on the settlement request of $150,000, also.

Thanks,
Rod

2

From: Elizabeth.Prater@securitasinc.com [mailto:Elizabeth.Prater@securitasinc.com]
Sent: Tuesday, March 27, 2018 9:20 AM
To: RODNEY PHILLIPS <RODNEY.PHILLIPS@EEOC.GOV>
Subject: RE: Davis v. Securitas (493-2017-01514)

Thank you, Mr. Phillips.

Elizabeth Prater, Employee Relations, Sr. EEO Investigator • Securitas North America
Employee Relations Department • 4330 Park Terrace Dr. • Westlake Village, CA 91361
818.706.5751 (office) •818-706-5037 (fax)

 **The Leader In Protective Services**

*For more information, click here*

From: RODNEY PHILLIPS [mailto:RODNEY.PHILLIPS@EEOC.GOV]
Sent: Tuesday, March 27, 2018 7:24 AM
To: Elizabeth Prater (00430)
Subject: RE: Davis v. Securitas (493-2017-01514)

The number is 501-324-6215.

From: Elizabeth.Prater@securitasinc.com [mailto:Elizabeth.Prater@securitasinc.com]
Sent: Monday, March 26, 2018 10:06 AM
To: RODNEY PHILLIPS <RODNEY.PHILLIPS@EEOC.GOV>
Subject: RE: Davis v. Securitas (493-2017-01514)

Hello, Mr. Phillips:

Can you please tell me which number I should use to dial into the fact-finding conference tomorrow?

Thank you!

Elizabeth Prater, Employee Relations, Sr. EEO Investigator • Securitas North America
Employee Relations Department • 4330 Park Terrace Dr • Westlake Village, CA 91361
818.706.5751 (office) •818-706-5037 (fax)

 **The Leader In Protective Services**

*For more information, click here*

From: RODNEY PHILLIPS [mailto:RODNEY.PHILLIPS@EEOC.GOV]
Sent: Tuesday, March 20, 2018 2:00 PM
To: Elizabeth Prater (00430)
Subject: RE: Davis v. Securitas (493-2017-01514)

Elizabeth,

Leslie Osborne/Reid needs to attend. We can proceed with March 27 at 9:30 at my office.

3

Rod

From: Elizabeth.Prater@securitasinc.com [mailto:Elizabeth.Prater@securitasinc.com]
Sent: Friday, March 16, 2018 4:26 PM
To: RODNEY PHILLIPS <RODNEY.PHILLIPS@EEOC.GOV>
Subject: RE: Davis v. Securitas (493-2017-01514)

Hello, Mr. Phillips:

I have confirmed that the following individuals are available for the fact-finding conference regarding Davis v. Securitas on March 27, 2018, at your Little Rock, Arkansas office. Does that date still work for you? Also, you had originally requested for a Lindsey Reid to be present; however, we do not know of an individual by that name. Is it possible that you meant Leslie Osborne? Her maiden name is Reid, which she sometimes goes by professionally.

1. Leslie Osborne
2. Becky Fridell (HR Manager)
3. Shade Humphries (Branch Manager)
4. Adam Hill (Account Manager)

Thank you,

Elizabeth Prater, Employee Relations, Sr. EEO Investigator • Securitas North America
Employee Relations Department • 4330 Park Terrace Dr • Westlake Village, CA 91361
818.706.5751 (office) •818-706-5037 (fax)

 *The Leader In Protective Services*

*For more information, click here*

From: RODNEY PHILLIPS [mailto:RODNEY.PHILLIPS@EEOC.GOV]
Sent: Wednesday, February 28, 2018 11:00 AM
To: Elizabeth Prater (00430)
Subject: Davis v. Securitas (493-2017-01514)

Good morning Ms. Prater,

This charge is assigned to me for investigation. Further information is needed. I will need to conduct a Fact Finding Conference.

You are hereby requested to appear and participate in a Fact Finding Conference scheduled for March 19, 2018, at 9:30 a.m. at your office location in El Dorado, Arkansas. If this date is not feasible, please contact me to reschedule.

This Fact Finding Conference is being held pursuant to Sections 1601.15(c), 1620.19 and 1626.15(a) of the Commission's Regulations. The Conference is an investigative forum intended to define the issues, determine which elements of the charge are undisputed, clarify disputed issues, and gather evidence necessary to resolve the charge. The Commission investigator named below will control and direct the conference. Other Commission employees may assist or observe.

A Fact Finding Conference will ordinarily involve several steps. First, the charge may be summarized and the specific allegations discussed. The investigator will then ask questions of the parties and any witnesses. The parties present should address all questions and statements to the investigator, and must not interrupt each other. If you have a particular question, you should ask the investigator to pose it. If the question is relevant, the question will be asked. If Respondent

4

or Charging Party is accompanied by an attorney, the attorney may participate solely as an advisor to the client. The Charging Party or Respondent representative is required to answer questions directly rather than have the attorney speak on his or her behalf. Attorneys representing their clients are not permitted to cross examine any person present.

Either Charging Party or Respondent may suggest a recess to discuss settlement of the charge. The investigator may also suggest settlement discussions. Settlement may be discussed separately with each party. If settlement cannot be reached, the investigator may reconvene the conference. When all available information has been gathered, the investigator will explain in general terms the actions which may be required to complete the investigation.

The Conference will be conducted by the Commission representative named below. Because the Commission has found the direct participation of the parties to be crucial to the success of this process, you may neither send a substitute for yourself nor bring persons not requested without permission from the Commission representative named below.

If you and/or your representative(s) need an accommodation, please notify the Commission investigator named below.

Notice of Non-Retaliation Requirements

Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws.

Please have the following persons attend the Conference: Lindsey Reid, Becky Fridell, Shade Humphreys, and Adam Hill. If any of these individuals are no longer employees, please forward their last known address and phone number to me by March 9, 2018.

If you have questions you'd like me to ask, please type them and forward to me by March 15, 2018. Please confirm this appointment with me in writing by March 9, 2018.

On Behalf of the Commission:

Rodney Phillips
Federal Investigator
Equal Employment Opportunity Commission
820 Louisiana, Suite 200
Little Rock, AR 72201
501.324.6473 (O)
501.324.5991 (F)
rodney.phillips@eeoc.gov

============================================================= This communication contains confidential Securitas Security Services USA, Inc. business information, and is intended for the addressee only. If you have received this message in error, or if there is a problem with the communication, please notify the sender immediately. The unauthorized use, disclosure, reproduction, forwarding, copying or alteration of this message is strictly prohibited. Participants in this communication are not permitted to exchange or transmit Personal Identity Information (PII) via unsecured email. PII includes: Social Security numbers, credit card numbers, bank and credit union account numbers, health insurance plan identification numbers, driver's license numbers, dates of birth, and other similar information associated with an individual that, if misused, might compromise that person's personal or financial security.

5

==================================================== This communication contains confidential Securitas Security Services USA, Inc. business information, and is intended for the addressee only. If you have received this message in error, or if there is a problem with the communication, please notify the sender immediately. The unauthorized use, disclosure, reproduction, forwarding, copying or alteration of this message is strictly prohibited. Participants in this communication are not permitted to exchange or transmit Personal Identity Information (PII) via unsecured email. PII includes: Social Security numbers, credit card numbers, bank and credit union account numbers, health insurance plan identification numbers, driver's license numbers, dates of birth, and other similar information associated with an individual that, if misused, might compromise that person's personal or financial security.

==================================================== This communication contains confidential Securitas Security Services USA, Inc. business information, and is intended for the addressee only. If you have received this message in error, or if there is a problem with the communication, please notify the sender immediately. The unauthorized use, disclosure, reproduction, forwarding, copying or alteration of this message is strictly prohibited. Participants in this communication are not permitted to exchange or transmit Personal Identity Information (PII) via unsecured email. PII includes: Social Security numbers, credit card numbers, bank and credit union account numbers, health insurance plan identification numbers, driver's license numbers, dates of birth, and other similar information associated with an individual that, if misused, might compromise that person's personal or financial security.

==================================================== This communication contains confidential Securitas Security Services USA, Inc. business information, and is intended for the addressee only. If you have received this message in error, or if there is a problem with the communication, please notify the sender immediately. The unauthorized use, disclosure, reproduction, forwarding, copying or alteration of this message is strictly prohibited. Participants in this communication are not permitted to exchange or transmit Personal Identity Information (PII) via unsecured email. PII includes: Social Security numbers, credit card numbers, bank and credit union account numbers, health insurance plan identification numbers, driver's license numbers, dates of birth, and other similar information associated with an individual that, if misused, might compromise that person's personal or financial security.

## STATEMENT OF INTEREST

Securitas USA is an equal opportunity employer and affords equal opportunity to all applicants for all positions without regard to race, color, creed, religion, physical/mental disability, medical condition, national origin, citizenship status/ancestry, sexual orientation, age, gender/sex, marital status, veteran status, status with regard to public assistance or any other status protected under local, state or federal laws.

| Position(s) Applied For: | | | Date of Posting: |
|---|---|---|---|
| Job Number: | | Current Position: | Current Supervisor: |
| Last Name | First Name | Middle Name | |
| Address | City | State  Zip Code | |
| Telephone Number: | | Alternate Number: | Date of Hire: |

Can you with or without reasonable accommodation perform the essential functions of this job? (If you have any questions about the functions of the job, please ask the interviewer before answering this question.)        ☐ YES        ☐ NO

Describe your current qualifications for the position including education, skill, abilities, work habits and work experience (attach resume if relevant):

_____
_____
_____
_____

Explain why you are applying for this position:

_____
_____
_____
_____

By signing below you acknowledge that all information contained above is accurate, that you have read the job posting and you understand, are able and willing to perform the functions and duties of that position.

Employee Signature: _____ Date: _____

ER_EMP0042_Rev_9/2008

## Case Snapshot

**Opened:** 11/29/2016 5:05 PM
**Days open:** 7
**Last modified:** 12/6/2016 6:12 PM
**Date closed:** 12/6/2016 6:12 PM
**Intake method:** Phone Hotline
**Status:** Closed & Final Response Posted
**Alert:** Green

## General Case Info

**Case number:** SCENT-2016-11-24842

**Received/Reported date:** 11/29/2016

**Language:** English

**Assigned tier:** South Central

## Issue

**Primary issue:** Policy/Procedure or Conduct Violation

## Case Details

**Reported tier information**

**Case type:** Allegation

**Intake method:** Phone Hotline

**Location**

**Organization/Building name:** Securitas Security Services USA, Inc.

**Location/Address:** - GESD
9401 85th Ave N

**City:** El Dorado

**State/province:** AR

**ZIP/postal code:** 71730

**Country:** United States

**Region:** South Central

**Reporter contact information**

**Reporter anonymous:** No

**Reporter first name:** Delores

**Reporter last name:** Davis

**Phone number:** 870-814-0734

**Contact availability:** Any time

**Case Information**

What is your relationship to the Company?   Employee

What Shifts (including hours and days of the week) do you work?   8 a.m. - 4 p.m., Monday through Friday

Who is your immediate supervisor?   Gaylene White, site supervisor

How long have you been employed with the Company?   1 year to 5 years

What is the general nature of this matter?   Site supervisor refuses to follow procedure and directive from branch manager

Please identify the key person(s) involved here. If you need to list more than 3 individuals please include in the specific details box below.:   Gaylene White - site supervisor

Do you suspect or know that a supervisor or management is involved?   Yes

If yes, then who?   Gaylene White, site supervisor

Have you reported your concerns to anyone?   Yes

If yes, who and when did you report this to?   Steve (last name unknown), branch manager

Where did the incident occur?   Client site

Please provide name or address of the location.:   El Dorado Chemical Plant
4500 Northwest Avenue
El Dorado, Arkansas 71730

Please provide the specific or approximate time this incident occurred:   November 29, 2016

How long do you think this problem has been going on?   More than a year

How did you become aware of this violation?   It happened to me

Details:   Delores is the assistant supervisor for this site, but Gaylene is not allowing her to perform her duties her role requires.

On November 29, 2016, Delores was told by Steve that she would need to start being responsible for scheduling, counseling, and training. Gaylene does not want Delores to execute these tasks. Gaylene has said that this is not going to happen and is going directly against what Steve has expressed.

Delores is concerned because Gaylene seems to feel the need to question Delores on everything. The client would prefer for Delores to be able to work at her own personal computer, but Gaylene disagrees. Gaylene does not want Delores to take over any supervisory roles in her absence and refused to train her in such. Gaylene has hired others in the past to assist her who were not assistant supervisors in name that she treated as such. Gaylene explained her duties to these other employees and allowed them to assist. However, Gaylene has not extended this same information and responsibility to Delores, who is the correct recipient for this information and duty.

Delores does not want to indicate that she dislikes her job or does not want to get along but simply wishes to note that Gaylene has made it difficult for her to execute her job duties, which she has expressed to Steve previously.

**Legacy information**

**Follow-ups**

**Reporter Additional Information**

12/5/2016 5:08 PM - Reporter
Delores requests to be contacted immediately in regard to this matter.

**Questions/Comments and Reporter Responses**
There are no questions asked by the client.

**Chat Transcripts**
There are no chat transcripts for this incident.

**Assignments & Access**

Case Investigator: McAllister, David (Case Manager)
Restricted access: None
Case access list:

## Participants

| Name | Relationship | Role | Results | Notes |
|------|-------------|------|---------|-------|
| Delores Davis | None | Reporter | None | |

## Attachments

None

## Synopsis

### Outcome of case

Primary outcome:   Partially Substantiated

Secondary outcome 1:   Select One

Secondary outcome 2:   Select One

Action taken:   Select One

### Additional details

## Tasks

None

## Case Notes

None

## Related Cases

Cases Marked as Related to This Case
Case SCENT-2016-11-24842 has no listed relationships.

032718
Fact Finding Conference          Davis v Securitas Security Services          493-2017-01514

A FFC was conducted today in the EEOC Conference Room.

Becky said she did work diligently on scheduling and to help CP. Becky said she was never contacted by Carl to put a male in the position. Shade said he took the posting as soon as he found out, but he initially notified her about the opening. Shade said he counseled CP's employees and counseling her on reducing overtime. Shade said that CP has not corrected this to date. Adam said he hopes he has not done anything to retaliate against CP. CP said she during the time she was site supervisor there was not enough employees and they would be getting new employees. Leslie told her not to worry about overtime. CP also said the applied for another AM position and was not interviewed. Shade is a new employee and was hired about three months ago.

CP applied for a promotion at the Great Lakes location as an Accounts Manager in Feb 2017. CP was told she would be interviewed, but she never got an interview and Shannon Huett was hired. CP turned in a resignation in March 28, 2017, because she found another job (at Milbank). CP was asked by the Area VP (Leslie Osborn out of Little Rock) what would it take for her to stay and how much. CP said $16.75 if she withdrew her resignation and stay. CP said she did her job and got compliments from the site (client).

11. CP, you have been promoted 3 times, correct?
12. CP, why do you feel race/sex excluded you for the AM position?
13. How many AM positions does R have in AR? 10 in AR and LA (
14. How many are filled by females (need names)? Angelia White/B, Carolyn Warren/W, Amy LNU/W,
15. How many are filled by Blacks (need names)? Willie Banks/B, Brandon Williams/B

Settlement was discussed. CP requested $150K. R will confer with management.

Rod Phillips

CP said Shade came to the site and told CP her position as site supervisor would be changed to accounts manager due to re-tiering and she could apply as well as anyone else. CP was told she would need to post the position to all at the site and she had 20 minutes to do it. All applications had to be submitted by the next morning (Friday).

4. Shade, what did you tell CP about her position and the new AM position? He said he told her the client wanted someone in the position that was more involved and they wanted an account manager. He gave her the posting and that she was eligible for the position. El Dorado was being tiered up by DHS due to chemicals and audits on-site and new security and perimeters that would need to be put in place.

5. CP, is that what was told you? CP agrees he told her the day before when it was due. Shade said Carl Bradley from the site had contacted him. Leslie said she heard from Carl about upgrading the site about late-June or early July. CP did apply and was interviewed.

   Adam said he heard about the position through word of mouth. He did not know where the job was and later he learned via the website and applied on-line. He said he had a few days' notice for the interview.

   CP said not knowing just a day before is what ticked her off. Leslie said the job was limited to the El Dorado area only. Leslie said Shannon Huett is an AM.

CP was interviewed on Jul 26 by Shade and Becky Fridell/W/60s (HRM) was present. CP said no one else at the site applied. Adam Hill/W/39 was selected off the street. Adam told CP that Shannon Huett (Accounts Mgr at Great Lakes) told him about the position. CP said Adam is not qualified to do the job. Adam has had to ask her a lot of questions and Shade wants CP to train him.

6. Adam, please share your qualifications and experience for the position? He used to work for GA Pacific and had a lot of hazmat and chemical experience and then went to the oil fields and had a lot of experience with ADEQE and he dealt with ATF and FBI; then he went to remote monitoring and controls of oil fields and got CCTV experience with DOD sites. He learned more about monitoring and installation/repair and dealt with many government regulations.

7. Adam, did you require training from CP upon hire? He said she did not really have to give him training, but spent a day or two in the office and showed him forms on the computer. He learned on the go and got most of his guidance from Carl and Leslie. Shade said he asked CP to train, but nothing was done and at the end of the day just schedules and forms. Shade then sent CP back to the scales. CP noted that she herself did not get training and did not feel she show him anything. Leslie said she is the one that went to train and help CP after she became a supervisor.

8. If so, in what areas?

9. CP, what if any training did you provide Adam? She just showed him the basics of the computer because Carl told her she was doing a wonderful.

10.

032718
Fact Finding Conference          Davis/48 v Securitas                    493-2017-01514
EEOC Conference Room

Attendees:  CP, Della Davis (CP's sister); Leslie Osborne (Area VP), Shade Humphries (BM), Adam Hill (AM), Becky Fridell (HRM), Elisabeth Prater (Corp EEO) via conference call

Date of Hire (DOH)   Date of Violation (DOV)        Employee (EE)          Charging Party (CP)
Last Name Unknown (LNU)             Statue of Limitations (SOL)            Rights to Suit (RTS)
Respondent (R)                      Manager (Mgr)          Human Resources (HR)
Alternate Dispute Resolution (ADR)        Plant Manager (PM)        Supervisor (Supv)

DOH:          071112          PAY:  $14.75        EEs: 14 (9B/5W, 11F/3M)
POSITION:     Site Supervisor, now Scale Guard Supv
DUTIES:       Provides security at Eldorado Chemical
SUPV:         Shade Humphreys/W/39, Branch Mgr          Hired by:
DOV:          080417, Demoted, Not Promoted, Harassed

Gaylene White/W (site supv at time) quit after CP (asst supv at the time) put in her resignation stating she was not going to do CP's job because it was too much work.  CP said she called the Hotline about 5 or 8 months ago to complain that she was never trained or given the right treatment or pay.  Steve Robinson came to the site and said "you called in?" and CP said she did because she did not get the satisfaction and she was going higher.  CP said she is not sure if she mentioned race or not.  CP never got anything in writing back from the Hotline.

How long was Gaylene the site supervisor? For the last 5 to 6 years
When did Gaylene quit?  Gaylene resigned March 2017
When did CP submit her resignation?  March 2017, She resigned to start her own business
CP, when and why did you contact the hotline?
Who is Steve Robinson?  Former BM, superseded by Shade Humphries (060517)
CP, did you receive a visit from Steve after contacting the hotline?  CP said she called to complain about being assistant site supervisor and not being able get the respect from Gaylene White as her assistant.  She was not allowed to discipline or train other workers.  Leslie stated that at the time CP was training as an assistant and Robinson had been instructed to have Gaylene trained.
CP, what did Steve say to you?  Steve told CP Gaylene was to train her two hours weekly.  CP said her complaint included the statement that if she was not of color she would have gotten respect deserved a supervisor versus a regular employee.
CP, was anyone else present?  Just CP and Steve.  He did say he heard she complained to the hotline (Internal).


CP said she has a memo from Shade announcing Hill as the new accounts mgr.  CP does not have electronic evidence.  CP has word-of-mouth statement of Ms. Denise that a male was preferred.  CP has an email from last Wednesday that Hill is now the Site Supervisor.


1.  Who hired CP?  Becky hired CP
2.  CP replaced Gaylen White (w/f) after White resigned?  CP replaced her caucausian
3.  When was Shade hired? June 2017        By whom?  Leslie hired Shade.

# FACT FINDING CONFERENCE

Date:_____March 27, 2018_____

_____Delores Davis_____
Charging Party

_____Securitas Security Services___
Respondent

ATTENDEES:

Name:

| Name: | Position/Title |
|---|---|
| Leslie Osborne | Area Vice President |
| Shada Humphries | Branch Manager |
| Adam Hill | Account Manager |
| Becky Feidell | HR Manager |
| Delores Davis | Scales Supervisor |
| Della Davis | Sister of Delores |

**COUNSELING
AND CORRECTIVE
ACTION REPORT**

**SECURITAS**

1. <u>Acts to ensure that all post orders are followed and that adequate reports are filed & Prepares, files, and submits various reports as required:</u> S/O Davis has failed to complete the scale confirmations on the required daily basis. Account Manager Adam Hill retrained S/O Davis in March 2018 on completing the confirmations needed from the scale guards and instructed her to complete daily. 3/20/18, I received a call from Adam Hill asking me to speak to Delores because she was not doing the confirmations daily. She was instructed that they must be completed daily, but she stated that she didn't have time to do them. She was instructed that if it requires her to stay over they must be done. May 8th & 31st, Adam Hill emailed Delores again that the confirmations must be completed daily, but they haven't been completed as requested.

2. <u>Trains Scale Security Officers:</u> Scale officers have received subpar training and when left to work alone they are unsure of certain processes. While in the license renewal class on May 30th, Delores had to contact S/O Bailey Wells to instruct how to perform the emergency alarm test since she hadn't trained S/O Wells how to complete it. S/O Davis hasn't trained any of the scale officers on how to complete the requested confirmations. El Dorado Chemical contact Carl Bradley has requested a scales training manual from Delores in January, March, and May, but the manual has not been completed.

3. <u>Respond to call offs, concerns, and questions from Scale Security Officers:</u> On 3/17/18, I received a call from Adam Hill that S/O Tennille Davis called Delores to inform that she couldn't make it to work her weekend shift. Delores instructed her to contact Adam Hill instead of dealing with the call off. When I spoke with Delores, she stated that she was out of town and unable to come in to work and didn't have the scale officer's numbers at home to find a replacement. She was instructed that it is her duty as the supervisor to deal with call offs for scales. Since this incident, Delores has failed to respond to call offs on 5 other occasions nor has she returned the phone calls or texts of the officers or Account Manager Adam Hill.

4. <u>Inspects post as scheduled and meets with subordinates to outline tasks and responsibilities:</u> Delores has not held a single meeting with the scale officers since becoming Scale Supervisor in August 2017.

5. <u>Must have a reliable means of communication:</u> Scale officers are unable to reach Delores after hours and don't receive return calls.

**Corrective Action:** Scale Supervisor Delores Davis will be placed on a 60-day probation period to improve her performance as a supervisor in line with her job description. Below is a list of performance improvements required during this time as well as in the future.

1. Delores will be required to submit daily scale confirmations per client request and train the other scale officers on how to complete them.
2. Communicate with EDC employees Wendy Wilson and Ryan Ragan on training needs for the scale officers.
3. Bi-weekly meetings with the scale officers to provide scale post updates and training refreshers.
4. Respond to calls from scale officers when not on duty. This includes staffing call offs, answering questions, and dealing with concerns of scale officers. Ensure a timesheet is completed for time spent taking calls after normal shift.
5. The Scale Officer training manual must be completed by July 31, 2018 and submitted to Adam Hill and Carl Bradley.

   Failure to complete these corrective actions in the next 60 days will result in removal from the Scale Supervisor position.

# COUNSELING AND CORRECTIVE ACTION REPORT



SECURITAS

*Verbal Action: Complete Parts A and B, sign and obtain manager's approval.*
*Written Action: Complete all parts except to Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.*

☐ VERBAL  ☒ WRITTEN  ☒ 1ˢᵗ  ☐ 2ⁿᵈ  ☐ FINAL

## PART A — EMPLOYEE INFORMATION

Date of Incident: 12/05/2016

Date of Counseling: 12/07/2016

Gaylene Woods-White
*Employee's Name*

El Dorado/61010
*Branch*

Site Supervisor/El Dorado Chemical
*Job Title/Site*

10/01/2007
*Date of Hire*

*Employee Number*

Steven Robinson/Branch Manager
*Supervisor*

## PART B — ACTION TAKEN

☐ Removal from assignment/client site   ☒ Counseling   ☐ Demotion   ☐ Transfer   ☐ Other _____

## PART C — REASON FOR ACTION (Check all that Apply)

☐ Unreported Absence
☐ Abusive and/or Threatening Behavior
☐ Failure to Complete Required Reports
☐ Smoking on Post or in Non Smoking Areas
☐ Leaving Post Without Permission
☐ Failure to Do Necessary Rounds

☒ Insubordination
☐ Sleeping on Duty
☐ Tardiness
☐ Reporting Under the Influence
☐ Reporting Out of Uniform
☐ Failure to Follow Post Orders

☒ Other Unacceptable Behavior/Violation of Company Policy Carelessness or negligence in the performance of an assigned duty.
*(specify)*

Description of incident and Corrective Measures (include dates and times of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.

On the above date, I was informed by the Securitas South Region HR that there had been a "Hot Line" complaint filed against you. This complaint stated you were refusing to train the Asst Supervisor on her duties. The complaint also stated you were refusing to comply with the directions I had specifically given you in regards to the Asst Supervisors duties. You will provide a minimum of 1 hour per week to the Asst to complete supervision duties. You will develop a work schedule to allow her time with her direct subordinates. Continued on page 2

*Notice to Employee: It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.*

## PART D — EMPLOYEE COMMENTS (attach additional sheet if necessary)

*(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)*

I have read this report and the above has been discussed with me.

*Gaylene Woods White*  12/7/16
Employee Signature    Date

Prepared by:
Steven Robinson    12/6/16
Supervisor Name    Date

Approved by:
_____    12/7/16
Manager Name    Date

SSER 0011 (12/03)

© 2003 Securitas Security Services USA, Inc.

Counseling and Corrective Action Report Cont....You will cross train her on all duties as they relate to Site Supervision. You will meet weekly with your Assistant Supervisor to discuss site operations, personnel issues or any other topics relating to the efficient operation of the site. Failure to follow this direction will result in your immediate removal from site supervision.

# ACTION REPORT

Verbal Action: Complete Parts A and B, sign and obtain managers' approval.
Written Action: Complete all parts except to Part D, prior to meeting with the employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.
Give copy of this form to employee and put the original in employee's personnel file.

☐ VERBAL ☐ WRITTEN ☐ 1st ☐ 2nd **X FINAL**

---

## PART A                    EMPLOYEE INFORMATION

Date of Incident: __1/1/2018—6/28/2018__                    Date of Counseling: __6/29/2018__

Employee's Name: __Delores Davis__          Branch: __EDC__      Job Title/Site: __Scales__

Date of Hire: __7/10/2012__      Employee Number: __2110066033__          Supervisor: __Adam Hill__

---

## PART B                    ACTION TAKEN

☐ Removal from assignment/client site  X Counseling  ☐ Demotion  ☐ Transfer  ☐ Other: _____

**PAC**                    **REASON FOR ACTION (Check all that apply.)**

☐ Unreported Absence                    ☐ Insubordination
☐ Abusive and or Threatening Behavior          ☐ Sleeping on Duty
X  Failure to complete Required Reports          ☐ Tardiness
☐ Smoking on Post or in Non Smoking Areas       ☐ Reporting Under the Influence
☐ Leaving Post Without Permission               ☐ Reporting Out of Uniform
☐ Failure to Do Necessary Rounds                X  Failure to Follow Post Orders
X  Other Unacceptable Behavior/Violation of Company Policy (specify): __Failure to meet the functions of scale supervisor__

---

**Description of Incident and Corrective Measures** (Include dates and time of incidents, reason for counseling. Improvement required, or corrective action taken, timeframe for improvement, consequences of reported failure.
**Scale Supervisor Delores Davis has continuously failed to meet the essential functions of her supervisor position at El Dorado Chemical. On the following page the duties are listed along with the deficiencies of S/O Davis.**

**Notice to Employee:** It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or it another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

---

## PART D                    EMPLOYEE COMMENTS (Attach additional sheet if necessary.)
(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)

_____

_____

_____

_____

---

| I have read this report and the above has been discussed with me. | Prepared by (Supervisor Name): Adam Hill |
| | Date: 6/28/2018 |
| Employee's Signature: *Delores Davis* | Approved by (Manager Name): Shade Humphries |
| Date: | Date: 6/28/2018 *Shade H* |