IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DELORES A. DAVIS                                                                              PLAINTIFF

v.                                           Case No. 1:18-cv-1041

SECURITAS SECURITY SERVICES USA                                             DEFENDANT

## ORDER

Before the Court is a Stipulation of Dismissal. ECF No. 12. The parties stipulate to the dismissal of this action with prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of April, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge